FILED

**In The Federal District Court**
**11th Circuit Jacksonville Division**

2008 DEC 15  PM 3:52

MIDDLE DISTRICT OF FLO...
JACKSONVILLE, FLORIDA

Complaint
Trial By Jury

3:08-CV-1201-J-34MCR

Susan Herbert

V

United States

+

Barack Obama

John Roberts,
In his official capacity
And in his individual

Susan Herbert
1100 Seagate Avenue 101
Neptune Beach, FL 32266
904-705-6171

**Questions**

Did the US Supreme Court violate <u>Marbury</u> by refusing to accord <u>In Re Susan Herbert</u> oral argument as it is a case that is pro se, constitutional authority and original jurisdiction thus hearing is then automatically both reading and oral argument, and as her claim is that she was and is denied any appearance in person in any court as a plaintiff or petitioner and so this court only compounded the injury?

Have all offices of government been unchecked as both cases known as <u>In Re Susan Herbert</u> proved as does her life as she is her case? If <u>Marbury</u> is violated and all offices are unchecked, then is a Presidential election legal, binding and valid?

What does the phrase "natural born citizen" mean? Must a citizen be born within the US or does it mean one or both of his or her parents must be natural born American citizens? Does Barack Obama fulfill this requirement? What is must a citizen produce to then prove they are a "natural born citizen" as only that and age 35 is a named requirement to then legally hold this office? Is a registration of birth certificate acceptable or must a person produce an actual birth certificate issued by a state and so not a registration only?

Is Susan Herbert the acting legal President and Commander as proven by her two cases both of which are pro se, constitutional authority and original jurisdiction, was she at the time this election was held and if so was it unconstitutional and a crime for court officers, attorneys and federal judges to conspire alone or in conjunction with others to keep her name off of the Presidential ballot in all states?

Is the office of President and Commander the protected right of mothers and veterans only and a privilege for all others? If so have women who are mothers been illegally kept off of the ballot while men who have no right and have not earned the privilege or even proven their willingness and ability been placed on it? Is this the direct result of discrimination and the past effects of discrimination and unfair, unjust rules meant to protect a two party monopoly and predominantly male, Judeo-Christian system?

Is the drafting of women unconstitutional as it constitutes double jeopardy as women are always subject to death via sex and childbirth while men are not thus women shed blood and risk their lives in defense of the Constitution each time they give birth? Is "Don't Ask Don't Tell" unconstitutional as it yet denies even women who are gay some combat positions namely Commander in Chief and as it encourages lying from a time before you enter the military?

Is it legal for any member of the current Congress to be on the ballot and/to elected to the office of President as Congress creates legislation, impeaches and declares war, as it is a Congress that refused to impeach and publicly announced it did not have to do its duties so it would not as it was above the law, and who refused accord women justice by creating legislation always citing money as excuse and who declared a war upon bad evidence and did not then address that bad declaration and who later used money in the form of a denial of funding for equipment and troop requests in order to prevent the Commander from discharging his duties and so effectively commanding thus violated the separation of powers and abused the War Powers Act or is this a conflict of interest so great no member of the Congress can ever overcome to then act as President and Commander?

Is a President and Commander in Chief to be held not only to the highest standard, US law, but the strictest standard, actual reality, and does Barack Obama meet these standards? Does he have the ability as "to the best of my ability" is named to fulfill the oath of office as he cannot resolve the injustices women face nor can he resolve any of the issues Bush V Gore then caused? Was he unable from a time before he was even nominated by the Democratic Party due to the unique facts of his life such as being a sitting member of the Congress that did not address a bad declaration of war and his inability to reason Bush v Gore for what it is thus he cannot preserve, protect an defend the Constitution?

Did both major parties engage in the buying and selling of the office of the Executive as evidenced by a reputed $5.3 billion dollar price tag? Did the voters? Does this massive influx of money and the almost total lack of regulation as this money cannot be traced then make it impossible for any person not willing to violate our law or the spirit of our law to then become the elected President and Commander? Does it harm women due to the past effects of discrimination? Did Barack Obama violate the spirit of the law by using only private funding so he could then raise and spend an unlimited amount and so did he purchase this office? Does our law make campaign financing as it exists now unconstitutional as recent reform only served to make it more difficult for independent and third party candidates not less so while actually favoring incumbents and major party candidates?

## Parties

Barack Obama, President Elect And The United States, or, All American Citizens Except The Clerks Of This Court

John Roberts

## Table Of Authorities Cited

See Appendix L  "US Case Law"

Bush V Gore

Marbury

Monell V DSS

Brown V Topeka

Stankowsky V Kramer

Nicholson V Scopetta

Lucas V Townsend 486 U.S. at 1301 and at 1304

In Re Susan Herbert, 07-9804 and 08-6622

Mermelstein V IHR, et al

1 Cranch, R. 175.

**Other**

The Federalist Papers 9, 10, 23-28, 41- 43, 46, 48, 52-66, 67- 77, 84, 85

# Table Of Contents

QUESTIONS PRESENTED………………………………………………..i

PARTIES TO THE PROCEEDING……………………………………..ii

OPINIONS BELOW…………………………………………………...1

JURISDICTION……………………………………………………….2

CONSTITUTIONAL PROVISIONS AND STATUTES INVOLVED………..3

STATEMENT…………………………………………………………7

REASONS FOR GRANTING THE STAY ………………………………32

RULE 20.1 & 20.3……………………………………………35-38

CONCLUSION……………………………………………...…….....40

## Index Of Appendices

Appendix A Federal Decision, 2008 Presidential Election

Appendix B In Re Susan Herbert

Appendix C Bush V Gore

Appendix D Doubts Re Obama's Birth and My Own Birth Certificate

Appendix E $5.3 Billion Estimated Cost Of Election; Private Funding

Appendix F Drafting Women, "Don't Ask" And "Above My Pay Grade" Remark

Appendix G Is Barack Obama A Professor Of Constitutional Law? Or A Lecturer?

Appendix H Love, Barack: 300 Emails Asking Me For Money And My Vote
              (Problem Is, I Have No Vote!)

Appendix I Notice Of Possible New Charges Sent To Rennselaer County, NY

Appendix J Open Duval County Action

Appendix K Mel Martinez: Is This Man For Real Or Is He A Joke?

Appendix L US Case Law Re Citizenship

Appendix M Unique Intellectual Property From In Re Susan

Appendix N Declaration Of Vote: No VP For Me, Only A Possible Secretary Of State
              Unless A Qualified Citizen Volunteers

Appendix O Pure and Absolute Standing

IN THE *Middle District FL*

~~SUPREME COURT OF THE UNITED STATES~~

**PETITION FOR AN EXTRAORDINARY WRIT**


Petitioner respectfully prays that an extraordinary writ of mandamus and/or prohibition issue to review the judgment below.

**OPINIONS BELOW**


[ X ] For cases from federal courts:

The opinion of the United States (2008 Presidential election) appears at Appendix A to the petition and is

[ X ] reported on the Web but is not official; or,

[ ] has been designated for publication but is not yet reported; or,

[ ] is unpublished.


The opinion of the United States Supreme Court appears at Appendix B and C to the petition and is

[ X ] reported at the Supreme Court's own Website ; or,

[ ] has been designated for publication but is not yet reported; or,

[ ] is unpublished.

## Jurisdiction

This is a case of original jurisdiction as I have been shut out of all other courts and as it hinges upon and is inextricably linked to three other cases of original jurisdiction and an application for an emergency stay of enforcement of judgment of the 2008 Presidential election that as of this writing has not been addressed. The failure of the Solicitor General to respond to one of these cases has also not been addressed as although this case was set for conference for December 5th, 2008 on November 20th, which is today, this action fell long after the 30 days so it is not timely and does not offer me any remedy and relief.

I, Susan, am a case of constitutional authority and original jurisdiction. I am injured and this injury led to our law being overthrown, as it constitutes a coup as all offices went unchecked and all separation of power was and is violated in a gross manner. This may have been the laziest coup in all of world history. Currently the Supreme Court and the office of the Executive are exerting the power reserved to the exactly named Creator as they are awarding the death of the innocent to the states, to individual men only because they privileged and to Congress and some of these persons are guilty of crimes.

Only the Creator can and may kill the innocent without it being murder as that is what an act of God is. We do not call it an act of the Chief Justice or an act of the President nor should we call it an act of Barack Obama for actual constitutional reasoning.

Only the US Supreme Court and the Chief Justice who is exactly named as Chief and as John Roberts the individual within my pending suit and within this petition can and may address an injury it perpetrated upon me as I am an absolute class of one then representing the whole class which is all ethical, law abiding, vulnerable, defenseless and/or injured Americans aka the Constitution. Whether by mistake or with deliberation as innocence or guilt is not the question and so matters not, Marbury is violated. Our law is the Supreme Court like any institution or any citizen is to be self-governing and so self-adjudicating. A Chief Justice can and may address an injury he and this court is responsible for as there is no conflict of interest as our interest is to be both governing documents. As this petition is the result of three cases of original jurisdiction this too begins and ends here. Attached is Bush v Gore and In Re Susan Herbert #'s 07-9804 & 08-6622 along with the docket proving no timely response to the latter was made.

2

## Constitutional And Statutory Provisions

As this is a unique case and is pro se, constitutional authority and original jurisdiction then the whole of both governing documents as I am proving my rights were violated absolutely and wholly as were my sons and that US law is the only elegant legal code in the history of the world but especially: equal protection and due process; separation of church and state; Article IV Section 4; separation of powers; Article II Section 1, 1st, 4th, 5th, 12th, 14th, 19th, 20th and 25th Amendments; then the Civil Rights Act of 1964, FL, NY and PA domestic violence and child abuse code, NY Agriculture & Market Act Art. 26 and the Preamble. I did not include the whole Declaration and whole Constitution, as I am not unreasonable.

Art. 1 Section 2: "No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States."

Additionally, the 12th Amendment to the Constitution states that: "[N]o person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States."

The 14th Amendment to the United States Constitution provides an additional source of constitutional doctrine stating that birth "in the United States" and subjection to U.S. jurisdiction at the time of birth, entitles one to citizenship: "All persons born or naturalized in the United States and subject to the Jurisdiction thereof, are Citizens of the United States and of the State wherein they reside. . ." and "No State shall make or enforce any law which shall abridge the  privileges or immunities of citizens of the United States; **nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.**"

Article IV Section 4: The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

3

The Civil Rights Act

"SEC. 703. (a) It shall be an unlawful employment practice for an employer— (e) Notwithstanding any other provision of this title, (1) it shall not be an unlawful employment practice for an employer to hire and employ employees, for an employment agency to classify, or refer for employment any individual, for a labor organization to classify its membership or to classify or refer for employment any individual, or for an employer, labor organization, or joint labor-management committee controlling apprenticeship or other training or retraining programs to admit or employ any individual in any such program, on the basis of his religion, sex, or national origin in those certain instances where religion, sex, or national origin is a bona fide occupational qualification reasonably necessary to the normal operation of that particular business or enterprise..."

NY Agriculture &   Act Art.26: Animal cruelty

### 353. Overdriving, torturing and injuring animals; failure to provide proper sustenance.

A person who overdrives, overloads, tortures or cruelly beats or unjustifiably injures, maims, mutilates or kills any animal, whether wild or tame, and whether belonging to himself or to another, or deprives any animal of necessary sustenance, food or drink, or neglects or refuses to furnish it such sustenance or drink, or causes, procures or permits any animal to be overdriven, overloaded, tortured, cruelly beaten, or unjustifiably injured, maimed, mutilated or killed, or to be deprived of necessary food or drink, or who willfully sets on foot, instigates, engages in, or in any way furthers any act of cruelty to any animal, or any act tending to produce such cruelty, is guilty of a misdemeanor, punishable by imprisonment for not more than one year, or by a fine of not more than one thousand dollars, or by both.

Nothing herein contained shall be construed to prohibit or interfere with any properly conducted scientific tests, experiments or investigations, involving the use of living animals, performed or conducted in laboratories or institutions, which are approved for these purposes by the state commissioner of health. The state commissioner of health shall prescribe the rules under which such approval shall be granted, including therein standards regarding the care and treatment of any such animals. Such rules shall be published and copies thereof conspicuously posted in each such laboratory or institution. The state commissioner of health or his duly authorized representative shall have the power to inspect such laboratories or institutions to insure compliance with such rules and standards. Each such approval may be revoked at any time for failure to comply with such rules and in any case the approval shall be limited to a period not exceeding one year.

### 353a. Aggravated cruelty to animals.

1. A person is guilty of aggravated cruelty to animals when, with no justifiable purpose, he or she intentionally kills or intentionally causes serious physical injury to a companion animal with aggravated cruelty. For purposed of this section, "aggravated cruelty " shall mean conduct which:
   i.   is intended to cause extreme physical pain; or
   ii.  is done or carried out in an especially depraved or sadistic manner.
2. Nothing contained in this section shall be construed to prohibit or interfere in any way with anyone lawfully engaged in hunting, trapping, or fishing, as provided in article

4

eleven of the environmental conservation law, the dispatch of rabid or diseased animals, as provided in article twenty-one of the public health law, or the dispatch of animals posing a threat to human safety or other animals where such action is otherwise legally authorized, or any properly conducted scientific tests, experiments, or investigations involving the use of living animals, performed or conducted in laboratories or institutions approved for such purposes by the commissioner of health pursuant to section three hundred fifty-three of this article.

3. aggravated cruelty to animals is a felony. A defendant convicted of this offense shall be sentenced pursuant to paragraph (b) of subdivision one of section 55.10 of the penal law provided, however, that any term of imprisonment imposed for violation of this section shall be definite sentence, which may not exceed two years.

## Florida 741.28 Domestic violence; definitions

(1) "Department" means the Florida Department of Law Enforcement.

(2) "Domestic violence" means any assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping, false imprisonment, or any criminal offense resulting in physical injury or death of one family or household member by another family or household member.

(3) "Family or household member" means spouses, former spouses, persons related by blood or marriage, persons who are presently residing together as if a family or who have resided together in the past as if a family, and persons who are parents of a child in common regardless of whether they have been married. With the exception of persons who have a child in common, the family or household members must be currently residing or have in the past resided together in the same single dwelling unit.

(4) "Law enforcement officer" means any person who is elected, appointed, or employed by any municipality or the state or any political subdivision thereof who meets the minimum qualifications established in s. 943.13 and is certified as a law enforcement officer under s. 943.1395.

## NY Domestic Violence Law

§ 459-a.   Definitions. As used in this article: 1.  "Victim of domestic violence" means any person over the age of sixteen, any married person or any parent accompanied by his or her minor child or children in situations in which such person or such person's child is a victim of an act which would constitute a violation of the penal law, including, but not limited to acts constituting disorderly conduct, harassment, menacing, reckless endangerment, kidnapping, assault, attempted assault, or attempted murder; and

(i) such act or acts have resulted in actual physical or emotional injury or have created a substantial risk of physical or emotional harm to such person or such person's child; and

(ii) such act or acts are or are alleged to have been committed by a family or household member.

2.  "Family or household members" mean the following individuals:

(a) persons related by consanguinity or affinity;

(b) persons legally married to one another;

(c) persons formerly married to one  another  regardless  of whether they still reside in the same household;

5

(d) persons who have a child in common regardless of whether such persons are married or have lived together at any time;

(e) unrelated persons who are continually or at regular intervals living in the same household or who have in the past continually or at regular intervals lived in the same household; or

(f) any other category of individuals deemed to be a victim of domestic violence as defined by the department in regulation.

3. "Parent" means a natural or adoptive parent or any individual lawfully charged with a minor child's care or custody.

**PA Domestic Violence Law**

§ 6102. Definitions

**(a) General rule.**--The following words and phrases when used in this chapter shall have the meanings given to them in this section unless the context clearly indicates otherwise:

**"Abuse."**
The occurrence of one or more of the following acts between family or household members, sexual or intimate partners or persons who share biological parenthood:

1. Attempting to cause or intentionally, knowingly or recklessly causing bodily injury, serious bodily injury, rape, involuntary deviate sexual intercourse, sexual assault, statutory sexual assault, aggravated indecent assault, indecent assault or incest with or without a deadly weapon.
2. Placing another in reasonable fear of imminent serious bodily injury.
3. The infliction of false imprisonment pursuant to 18 Pa.C.S. § 2903 (relating to false imprisonment).
4. Physically or sexually abusing minor children, including such terms as defined in Chapter 63 (relating to child protective services).

Knowingly engaging in a course of conduct or repeatedly committing acts toward another person, including following the person, without proper authority, under circumstances which place the person in reasonable fear of bodily injury. The definition of this paragraph applies only to proceedings commenced under this title and is inapplicable to any criminal prosecutions commenced under Title 18 (relating to crimes and offenses).

**CA Evidence Code:** In California, the *Evidence Code* permits the Court to take judicial notice of "facts and propositions of generalized knowledge that are so universally known that they cannot reasonably be the subject of dispute."

Due to severe time constraints and truly extraordinary information I received only yesterday, I am forced to add this page as is; there is no time to edit or redo my entire complaint. Firstly, I am asking this court to be very patient as I may have held it accountable for what is fact but is not their fault i.e. there was no malice. It happened o history but did this court know all of the facts? Perhaps; where once to seemed as if they could not be ignorant of all of the facts·I now know this court may have been. Secondly, this court may be the difference between this government living or dying; as impossible as this seems it is fact and so this court needs - *needs* – to think long and hard about the action it takes following the reading of this complaint. Thirdly, this court should reason and decide it (the federal judge) is a constitutional reason and just cause itself –the only one it needs - and so do whatever it does in defense of itself and then the other people for that is the only means of ever becoming liberated as liberation is nothing more or less than unconditional love for self then nation – WE, the people. As our law names the Creator? Liberation or liberty is actually feeling that unconditional love and that happens only when a citizen acts in defense of their own person <u>firstly</u> as that is ownership of this knowledge: I am the equal of every and any person as the Creator equally protected me and duly processed me as it did al other people thus no person so no title or amount of money or any outside condition like perceived beauty or perceived power makes another more than I.

1 a. I entered this court fully knowing all offices of government had been unchecked as Bush V Gore is a tied decision which unchecked the office of the Chief Justice and then as a new Chief was appointed it also served to uncheck the office of President. I mistakenly assumed the Justices of the Supreme Court knew this and so did the judges in this courthouse as well as all (or most) attorneys and civil rights groups such as the ACLU. In my own life it is realized as absolute injustice; that is what was merely the discrimination of women became crimes personal in nature as not one authority acted for me or discharged their duty plus when they assumed I was a "dumb girl" and I then corrected that false idea they then became frightened as they knew they gad committed what is a crime in order to avoid discharging their duties. Thus one after the other my rights were violated and the injury to me escalated until I suffered death but survived it. 1b. when I first entered this court discrimination occurred in that a judge read my complaint but did not consider any of the evidence rising to proof to support my claims for if he had then he could not nor would he decide and order what he did. At the time I assumed he hated women as no reasonable, rational person could weigh the proof and order "dismissed" as litigant seems to be paranoid and/or crazy. Also, the judge mentioned my "tiny" type – yes, as the injury left me w/o adequate resources so that following the rules was impossible and: This litigant knew that the decision and order was never to be based upon appearance as that actually is discrimination. Are at least some of the judges on this bench guilty of discrimination? Yes as the mistake belief is women cannot possibly be as smart or smarter than a federal judge, that no person w/o any law school can possibly know what he or she is talking about and/or al pro se litigants are stupid and mentally ill ala the Una Bomber, that is, they *are* paranoid. Reality is my claim stated that the entire law had been broken and all enumerated rights violated; while it seemed as if I was claoming I was being targeted my actual claim, if one could conceive of it was and is: Every single solitary person charged with ghe duty –

elected or appointed – was and is acting in violation of the law mostly because of bush V gore as if that – the installation of Executive Order has happened then the federal court has made law and that is a power the federal judiciary does not have. If it is 7 years after the fact? And injury has become incessant? Without relief? Every single citizen *EXCEPT* Susan, the litigant, had to fail. As ignorance is not an excuse my point of law is: You all must do it as you like doing it; that is, breaking the law accords you unjust privilege and offers you an easy way out as my fact is: I refused to abide by this unconstitutional ruling and my life is hard as hell to live as I am I am one, lone ethical person fighting a sea of unethical people.

1c. I did not intent to do it and certainly never set out to do it BUT: This case began in 1996. I had zero examples of what to do or how to do it so went with what I knew to be righteous and just – I refused to use my kids to get what I needed and I refused to do what I was claiming was unjust. For instance, if lying under oath is a crime then I refused to do it even though I could have an even though it would have been the easy way out. I happen to be a genius; as I could and did reason the cause that led us to then install a President and to reason and decide we could do anything we wanted whenever we wanted then I was not going to do any of those same things. I wanted to resolve the problem and not make it worse. Thus: I was, although I did not know, the one and only mother to act BEFORE her children were physically injured and the lone American who knew that our entire law had been violated. I knew as fact w/o question: Hey! This is patriarchy gone past completion! This is what killed Rome and Greece! This is what happens when all citizens either break the law or give up -their form og government changes or it slowly dies. This is what we have to do as a nation: **survive our own success!**

1d. There isn't any nation on Earth that has done this; we are first and we are elegant; our law is elegant as it is possible for one citizen to rise to power and/or for equal rights to be realized. Other nations are not this. Our law is: You are your own authority; you are self adjudicating and you are self-governing. Equal is real on paper not in life so if you go and make the case it is then real on paper and in life; the solution to the problem is....go make the case for equal rights so that you become the authority as this whole thing is rooted in issue and jurisdiction being one and the same. Like: The Revolution or Marbury. I knew – KNEW – if I became the living embodiment if the law by becoming the authority then equal right or equal power had been realized. My mistake? I believed all of you knew this too, lol!

1e. It stands to reason that if all of this came about in my life as men – first my family and then lying lawyers in Bush V Gore – stole my rights and forced me to 'obey' them or else than I had to legally seize Executive Order thus legally claiming I, Susan, had custody of Susan and no one else. That you do no get to decide me or boss me around. Our law is we are all volunteers so you can't force me to do anything. In short: I brelived as fact w/o question everything the founders tld me. I had proof: they won the Revolution and civil War; Marshal won Brown V Topeka. I thought: I'll just go win Susan Herbert V US as I survived that war, the war against women.

1f. So I went traipsing into local district federal court, assuming the judges knew what I know or else they wouldn't be federal judges, and upon the assumption that is based in reality lawyers do it all of the time.  Wholly embodying the law I'm like "lalal la la…This the law - equality – so as I AM CLAIMING LIBERTY & EQUALITY SO SEND ME STRAIGHT TO SCOTUS as if all offices have been unchecked then you do not go to lower courts." I knew: Marbury says you may directly enter SCOTUS if it is not political and if you are a woman. If you ae a man? Ypu must as fro a wrot of prohobtion and that can only happen if….SCOTUS is now invoking unconstitutional pooicy and even breaking the law.

1f. I KNEW AS FACT W/O QUESTION SCOTUS WASC INVOKING UNCONSTITUTIONAL POLICY AS I KNEW IT WAS LYING TO ALL CITIZENS. How? Easy: When I  called SCOTUS in February of 2007 the clerk named Will, who might or might not be one William Suter, Chief clerk, said, "There is no sich thing as original jurisdiction in this court."

"Yes there is. Marbury. Bush V gore. So, how do I file as o.j. as I have a custody case of o.j?"

"You CAN'T."

"Yes I can. *Can* is human ability. I have the ability; I just need the rules."

"This court does not hear custody cases."

"Bush V Gore is a custody case as it gave custody of me to Bush. Will you mail me the rules? And, do you accommodate disabilities?"

" A mother cannot argue in this court. WE don't hear mothers."

"Lassiter."

"We do not hear pro se cases."

"Marbury…Listen: I do not know which law mill you graduated from but rules are rules not law even if they have the label 'Supreme Court' in front if them which is why we call them rules. You never met me; not even on paper. How would you know what my facts are or are not? Every single time you cite an excuse and then change it, it is always about WOMAN. 1, You are not supposed to argue but merely send me the rules. 2, are you telling me that you guys sat around and reasoned what case would win liberty and equity thus justice for women so you then decided to sink it? And 3, it is custody, authority and Marbury –you are obsessed  -so are you telling me that there is an unconstitutional policy in place because I have evidence rising to proof –you refused to hear Nicholson and no court is to consider possible consequences and in Nicholson? The KNOWN NOT POSSIBLE consequence would have been equality. So, that CONSTITUTES an unconstitutional policy so, are you going to give me the rules or not so I CAN file?"

"Lady, you will never make it past the clerks."

"Oh yes I will."

"Lady, if you ever mange to make it past the clerks then we will see to it that your case is sunk; we'll make it go away."

"What's your name"

"Will."

"Your last name?"

"I don't have to tell you that and I won't."

"Will, I have no idea if you mean any of this or not or if you're just angry and there is an actual reason I need your last name as my case is all about 'will'; I don't know if you're being facetious or if you mean it. What's your last name?"

CLICK!!!!!!!

Was my case then sunk? YES and guess what? I have no idea if the Justices ever read it or not as....they have given their power away to the clerks. Clerks read and summarize cases. Do Justices ever read them at all? I have evidence that they do and evidence that they do not. The clerk I work with and have been working with for about two years? When my application for a stay was not filed but was acted upon he did not know. Whne he saw it was not entered he automatically returned my petition in support of it which is this very petition. I called him; at first he denied it. Then after I told him to looked at his own docket as only a Justice is to place a case on a conference list so either Roberts read it and circumvented the injured class – a crime – and so had zero authority i.e.e threw away his chance to have any by hearing me thus checking himself so he refused to file it or his (Clayton Higgin's clerk) coworkers were hiding my case from Roberts. What is it? Clayton said, very seriouskly, "Susan. You never got that application back? I returned your petition as it had no lower court decssions.."

"Clayton! I do not know WHO keeps telling you that but a peron can and may directly enter US Supreme Court no matter what anyone says but never mind – where is my application fro a stay? It seems as if it was attached to In Re Susan but it wasn't and that haapens to be: Domestic violence. So, where is it?"

"Let me go ask." I waited and as he came back on heard lots of voices. Hr said,"It is being amiled bac kto you."

I booked down to this courthouse as I have no idea if the Chief Justice is a lunatic, guilty of a crime or did not know or if there are criminal clerks in that office. I do know not one

Justice understood my point of law if they did read it as they denied US history, exact words and math if they did read it. I do know there is unconstitutional unwritten unjust policy in that court as they are 'pretending' Marbury does not say what it does say. The US Supreme Court states as fact NOBODY – NOBODY, NOT EVEN IF THE CHIEF DIRECTLY INJURES THEM I.E. COMMITS A CRIME PERSONAL IN NATURE  - may enter that court directly thus they never ever check and balance themselves and have powers not even named in our law.  I also know this court became something Marshall never intended and that Jefferson's prediction came true: We are now an oligarchy not a Republic. I also know an impossible standard has been created for women as my least asked fro remedy and relief? Passport and ticket out of here as the injury made it impossible or me to get that by myself and so it is as if the federal government is holding me hostage as ALL FACTS AND ALL PROOF IN MY CASE IS COMPLETELY IGNORED. .I also know as fact that clerks and maybe – possibly – Roberts thought they could wait until after the electoral college met to then return my application and that I'd have no recourse if they did which is incorrect. I also know Clayton Higgins is ethical as he had no idea what was going on but he suspected something was as: He did something he never did before. When I opened my returned petition? He included some proof for me, lol.

**1g**. To cover my butt and to make every possible attempt, I sent another application for a stay to Bader-Ginsburg. So far I have heard nothing and there is nothing online – yet. Two appointments for Chief would have been legal: Stevens as old age is arbitrary and Ginsburg as WOMAN is intrinsic to doing the job of according justice to women. So it is legal to discriminate based upon sex in this case. I chose Ginsburg as: In almost two years I have never been able to speak to a woman in this court even after asking.

1h. I now believe several misunderstandings occurred between myself and this court that led to what constitutes crimes against my person. Did the events happen such as a case being pulled? YES, that is actual reality. Were they crimes or were they actions meant to then constitutes treason? No, legal reality is this court told me to try to enforce Article II and I did – with no success. Legal reality is not one person other than myself knew Bush V gore for what it is. PLUS this court was correct: If the guys at the top of the totem pole are crooked – IF – then it is futile. . Timothy Corrigan? My last complaint was all about Roberts and history has no proven me correct. He woes me a major apology and he knows he did what he did as he was…afraid of a tile – "Chief Justice". Basically this court meant to do what it did to me; *why* is the difference and I'll tell this court what I told Ginsberg: I get to *judge* as it is a personal not public trust as the citizens failed first and are the cause and as this has never happened in the world before. As the authority I get to forgive or not and I? I get to pardon or not. You square up with the law not against the person; it is the offices you check. Lastly in regards to this: There was one single fact I kept hidden from anybody in thus courthouse and did so for safety reasons. Would revealing that fact  make any difference? I do not know, just as I do not know how any person on this been would feel knowing – if it is later proven Roberts did know and is guilty – that while they sat in JAX and put up with Susan, a person not able and even criminal sat in DC and got all the perks; that a never legal Vice President chose roberst and chose him only as Roberst has a mistaken belif so he knew Roberts would not rule

fro women. (I can prove Roberts was not Bush' pick; I did live in Baltimore and I happen to know Joe Biden's brother). Roberts has the same potential as all of us but now – will we ever know what could have been? Nope. See how endemic corruption and discrimination comes back to harm you?

**1h**. On Decdember 5th the US Secret Service proved my case for me. They came to my house and admitted they had no rational basis for being there. Someone called them about a letter I sent with my "Notice of Suit" and they said, "We're not here to arrest you. Nothing you said is connected to Obama. We know that." Gee, that very interesting then. I, Susan, allowed them entrance knowing I could have refused. Hmm, I have now had a US Marshal visit me for filing a federal lawsuit and then secret Service and they may be 'guarding' a man who might not even be a citizen and who IS NOT the President and will never be legal as he refused to produce an actual birth certificate as eh has none. He (his reps) went on TV and called me garbage as I am my case and they did that when I served him further he has admitted he cannot so will reason the law on behalf of women. He has said I HAVE NO ABILITY. He harrasse me via email and allowed innocent service members and Iraqis to die with full knowing PLUS he sees nothing illegal about forcing us to support a communist regime. If this court goes back to my original complaints it will discover that every issue I sought to litigate has now come to fruition and why?

Because the Supreme court of the US has invoked unconstitutional unwritten policy regarding Marbury. The reason they arbitrarily decided to teach their clerks no person could enter directly? Workload, as in they have to do a lot of it. For years the court has heard less and less cases. That is not accident. And want proof that they discriminate? How did Anna Nicole Smith get in when her case was not socially important and left unresolved? TX has very clear laws re wills and probate.

If what I need to do to be heard is get arrested by the US Marshal of Secret Service I am more than willing. I would ten be able to prove my case during a criminal trai lby jury of my peers that I'd win as:

If the law does not protect me as US Supreme Court has ruled then it does not find me. However, it does make any person knowingly obeying that unconstitutional ruling guilty as sin. Marbury says we are to disobey and even act against any unconstitutional, unethical, immoral or illegal orders issued by our commanding officers.

**Ii**. Where this complaint says SCOTUS local district federal court is meant, as I could not redo this petition is such as short time. I must be emotional or else I would not meet the burden of proof standard necessary to make this case and I exactly told the Secret Service: 'I am the authority; if I allowed you to search me then I'd lose my federal standing plus – you have no cause. YOU are breaking the law." Upon exiting my home? One of the agents thought he's be sneaky: He did something that constitutes an illegal search as he did not believe a woman was and is smarter than he. This I now have a Bivens action against him and Roberts as Roberts actions cause me grievous material harm which is detailed within In RE Susan and both applications for stays. People have physically died because of these antics – all illegal. Appraently Duval acted upon that

emergency filing  - they amended it or something – but regardless I was never ever served and that filing was not addressed within 24 hours as an emergency is to be addressed. I would not have enough paper to list al that happened to me since July. Further, since SCOTUS unconstitutionally kept the people ignorant of the contents of my petition and since I was last within this court? The FBI removed or is looking into a NY State Supreme Court judge. Thus what I always claimed is proven to be: Justice does not exist in NY.

It is as I told SCOTUS: LIFE IS PROOF! I AM THE PROOF BEYOND ANY AND ALL DOUBT!

As for any judge is this court who harmed me in the past?

Guilty people act guilty. Our law differentiates between actuality versus legally just as it does paper versus actuality. It may have happened but are you guilty is another question; so it matters not what you did in the past. You'll stop acting guilty if you are not. You reason and decide if what you did in the past matters; you issue a verdict for ro against yourself.

.

**Statement of Case**

This case is the result of three other cases of constitutional authority and original jurisdiction Bush V Gore, In Re Susan Herbert 07-9804 and In Re Susan Herbert 08-6622. The first violated the separation of powers grossly among other things and is unconstitutional. The second violated Marbury as in any case of such standing, as this case is also pro se, hearing is to be both reading and oral argument. The third? The Solicitor General failed to respond within 30 days thus the contracts known as the Declaration and Constitution were breached. As the violation of Marbury is and the violation of all of my rights, some acts of which are crimes, was not and is not addressed the election of 2008 for President then is not binding, legal and valid.

I, Susan Herbert, a natural born citizen who is innocent, have been abandoned by this nation and forced to live in exile within my own country for doing nothing more than acting to enforce the law on behalf of all who are yet vulnerable and/or defenseless. I am injured and harmed like no other citizen ever for using the law as a weapon in my defense proactively, as I am the first mother ever to invoke both governing documents in her defense as well Stankowsky V Kramer against a state before my children were injured, before one was born even but was a person with rights and later, after several states caused injury to come to my children and more injury to come to my person I invoked Nicholson V Scopetta thus forcing the states to apply the law to women and/or obey federal rulings as the states could not then cite me as at fault or charge me with being a child abuser for failing to protect. By doing so I forced the states to accept liability. The states found a way to charge me and so avoid liability; to do so they broke the law repeatedly, lied, tampered with evidence and witnesses, used nasty word games and nasty lawyer tricks against me, refused to stop those persons harming me with deliberation when they are court officials and/or licensed attorneys, passed my case back and forth between judges and across the FL, NY and PA state lines and now the solicitor general has failed to respond to my case. A thin black line exists and denies me access to any court as a plaintiff/petitioner; I have been allowed into one court, US Supreme Court, and that is on paper only when paper is not adequate and offers me no remedy and relief.

These acts and others were committed against me upon all levels from my nuclear family then to the local municipal and upon a federal level. This was and is only possible as I am left for dead by the United States, now a dead institution itself, as all authorities failed me up to this very court as did the Chief Justice himself as I stood all aside or down via the invocation of chain of command and directly via lawsuit due to Bush V Gore and In Re Susan Herbert. The denial of oral argument and now the failure of the solicitor general to

respond make my case and prove all I claim for if even one office remained checked or even one other person was obeying both the law and the spirit of the law then I would not be writing this as my case would be resolved or it never would have gone on for ten years across several states until it landed in United States Supreme Court - a court I am convinced did not bother to actually read my case as this court then turned around and committed an exact violation of our law which I cited as I saw it coming due to the discrimination of women.

Monell V DSS upheld a citizen's right to sue to enforce the law; Bush V Gore set precedent allowing me to sue for legal power and custody of the US; Marbury, never applied to women, states I must defy illegal, unethical and immoral orders of commanding officers and that I am equal to all other citizens up to and including the President as my one vote, denied me since before 2000, is equivalent to Executive Order; Brown proved discrimination causes a physical and emotional injury to the class and proof was life not science and not the exact words of our law as "black" appears no where in our law and the science did not exist until the 70's. I am a woman and a member of the only injured class still denied a federal ruling in their favor a la Brown. As a woman the 19th amendment, the equal protection clauses and the exact words of our law as written in 1776 & 1787 clearly state I am to be accorded equal legal power but this legal power has not once been realized so my vote has been nothing more than an appearance as I went through the motion of voting when it was meaningless, since before 2000 I was and am denied my vote, I have been lied to by those holding office, the law has never protected me at all as it is renegotiated against my will via force and as I was born into harm in both this national family and my own nuclear family as women are subjected to unsafe outside conditions and so as safety is denied them and me as is liberty, as liberty is an emotion and a protected right, no justice exists as liberty is realized as justice. No safety, no liberty thus no justice as safety, liberty and justice are not mutually exclusive. .

Today I have been subjected to even newer injury since the re-docketing of my first case: The citizens have acted to elect a person to the office of President based only upon an appearance - "black" - as they have reasoned and decided that appearance then equals justice when it does not and when their decision flies in the face of actual reality and our law. A man who cannot possibly fulfill the oath of office and who has a conflict of interests he can never overcome, who stated he would not because he could reason constitutional law on behalf of women and their children as defining life was beyond him, who refused to answer the notice of suit I sent him, who refuses to let any citizen see his original birth certificate as if it contains some kind of super-secret information and who has announced he will break the law and even subject women to double jeopardy is now the President elect. The citizens have then committed treason as Bush V Gore which remains a tie as it is not 9 as 5-4 as 1 as that is bad math and not our law and In Re Susan

Herbert went unadjudicated as did the violation of Marbury at the time the citizens voted for President and all had notification their vote for Obama or McCain would then rise to an act of treason as it would become treason as we are at actual war and as it would result in the death of our nation both legally and physically if either man was then installed as President. They had access to the docket and I myself made several attempts to inform them. The voters did not "believe" our written law nor my case as the Supreme Court denied me oral argument and the citizens have been led to mistakenly believe our law is our law only if the Supreme Court says so, or that injury is only if the Supreme Court says so, which is not truth, which defies reality and which is not our law itself as the federal court does not make law.

What's good for the goose is good for the gander; equal protection and due process then means if Bush and Gore were able to address the vote and if Bush was then able to overturn it, then I, Susan, the injured party and a member of the injured class known as woman or female may then press suit seeking to drive what is now endemic corruption and discrimination out of our institutions by informing the people and being awarded constitutional remedy and relief rather than unconstitutional remedy and relief as Bush was awarded thus injuring all Americans as it is now the effects of Clinton's perjury and failure to resolve a tied decision of this court and Bush V Gore with all of its effects that harms us as does the denial of justice to my own person, as there is no actual reason or cause other than woman. I intended to file a Petition as soon as the cases I have before this Court are disposed of as both now combined as one are inextricably linked to such a petition but as my application is not yet addressed and only today, the 20th of November, was any action taken on 08-6622 past the 30 day time limitation this then is another petition and is also pro se, authority and original jurisdiction.

I am the only citizen ever to be of the ability to name the Chief Justice as an office holder and as an individual citizen as well as the whole court then the whole nation. I am the only citizen ever to hold the entire judiciary, legislative and executive branches at fault as I stood all down. All other authority cases and all other original jurisdiction cases were brought by men on behalf of men and I alone, a woman exactly named Susan Herbert, was denied oral argument when I specifically asked for hearing as remedy and relief and hearing in a case of my standing is then automatically both reading and oral argument. This court denied me oral argument without any reasoning or just cause; the family court then cited my injury was "forever". I entered this unconstitutional finding to this court upon entering In Re Susan a second time. Thus In Re Susan Herbert became a Bill of Attainder as I alone am unique and have been treated like no other natural born citizen ever in US history, the refusal of this court to address injuries it has partially caused is then a Bill of Attainder in my case as it is in my name only, as it works a corruption of blood and as it then causes incalculable injury to not only my immediate biological

descents but to my national family which is all citizens, past, present and future. To be clear, <u>Austin V Herbert</u> and <u>Bush v Gore</u> became <u>In Re Susan Herbert</u> thus I became subject to what constitutes a Bill of Attainder as my name alone appears on my case as I have no legal representation and this was deemed to be "forever". As I am my own attorney then this means I will forever be banned from appearing in court in person as a petitioner or plaintiff and so forever be banned from adjudicating my injury. "Forever pro se" means I am the last American citizen standing in defense of our law, as I am also forever constitutional authority and original jurisdiction.

If there is any light at the end of this tunnel it is that the Chief Justice and the Supreme Court may partially fault the other citizens as I made every attempt to inform them and as my case was docketed as <u>In Re Susan Herbert</u> once again when I did not name it that as I attached the original <u>In Re Susan Herbert</u> so then the court set the clock back; it traveled back in time to April of 2007 as other federal court refused to obey the law and send a case of original jurisdiction to the Supreme Court and even committed crimes against me to then prevent me from ascending into the Supreme Court or to the office of President and Commander, or, giving the citizens the most leeway to April of 2008 as that is when I was denied any and all remedy and relief thus the court has acted to hear my case as if it was never heard the first time to then un-violate <u>Marbury</u> and re-secure this court's constitutional authority. As the violation of <u>Marbury</u> is but the court did act and so it is the Solicitor General that then failed and that office is the citizens or the US then this judgment, the 2008 election, and the breach of contract is against me exactly. No permanent damage has yet occurred and this injury may still be addressed and relieved as in the US death is not permanent and does not prevent justice from being realized. That is, there is still a way out and so a way home, back to who and what we once were as a nation and a way to what we can yet become.

US law? It is the art of becoming as you become the living embodiment of the law via self-actualization; you become what you were born to be as authored by the Creator and in conjunction with your own self as you design your life and then make it reality. You are both the experiment and experimenter. I know as I'm an expert: I drew up this blueprint - entry to US Supreme Court - when I was in 7th grade as I wrote it down on a piece of paper, first acted upon it in 8th grade, then fine tuned it in 10th grade as I tweaked that blueprint by adding something: I reasoned and decided I would need to become a CIA agent as I would need mad spy skills to solve this problem as men and almost all others lied to me and hid their deception well. Some committed seemingly unsolvable crimes against me. I made one mistake as I reasoned I would be acting as the attorney on behalf of another person or that I would secure representation. I did not realize I would be acting on my own behalf as a pro se litigant until mid 2007.

This idea was always with me since birth as US Supreme Court is the place an American goes if he or she wishes to achieve American knighthood as it is the only way to become a living constitution who is also a living institution by becoming a ruling issued by the Supreme Court with your name upon it, as a paper ruling is an institution of government but you are the constitution that gave birth to it. It matters not if you win or lose. The highest rank an American knight achieves? A unanimous decision upon a case regarding our very humanity which I did receive as in my case this court violated <u>Marbury</u> 0-9 against me thus against its own self as an institution and so I not only secured my place in history which is everlasting life but also secured my standing to then press this suit if I was failed once more as I was and I am. An actual American, who has been knighted, is not so easy to defeat no matter what they are forced to suffer as an actual American always finds a way as it is not possible to deny me liberty absolutely unless you murder me. But then an actual American can exert will and so secure justice even in death thus you have still not defeated me, have you? as my petitions remain as does the memory of me within my children as proof of life - my life.

I am <u>In Re Susan Herbert</u>, an American knight, whose invincible armor is composed of will and liberty as I never fail to act and as I wear that emotion upon my sleeve for all to see in the form of Supreme Court petitions like no others as I write what I know to be the truth of this universe based upon US law as it is elegant plus federal precedent and my life as this is also elegant, without obsessing over technical perfection as I am not a licensed attorney and am human and working all alone so am not perfect and with the inviolate true belief I am the equal of any other person. It not once occurred to me that I was anything else other than a Chief Justice, President and Commander as I was born with equality as an inviolate true belief and lacking the human ability to fear irrationally or to act unethically, immorally or unconstitutionally. Thus my very birth is elegant as conditions were perfect as the Creator decided and ordered the issue is America and jurisdiction is America and so it is an act of God itself. My case and so my person as my life is my case is an act of God both legally and actually. The only possible way to improve upon I, Susan Herbert? Change my name to America but then I would not be a "Lily, Brought forth in the glory of war" and so my actual name itself already is elegant in this case.

God created me firstly and America created me secondly thus my injury can never be made separate or apart from my person as my injury was then the cause of my recovery, as my attempt became my recovery. The absolute and whole violation of my person became my salvation and redemption. I am the Philadelphia Experiment come to fruition and so I am an actual power of one.

Upon first petitioning the Supreme Court of the United States I had no idea several thousand others had not hoped and so had faith in the law before me; I had no idea I was first. I may be the only American alive who has actual faith in US law and so will act as others claim they truly believe in the law but the state of our nation proves this false as does my being the first woman 221 years into this nation.

Some of but not all of the constitutional reasoning which invalidates the results of this election, as appearances are deceiving and 'black' is not the issue the voters should be citing. Instead voters should be citing my injury, the discrimination of women, lies made to seem like the truth and illegal actions that are made to seem as if they are legal:

1. A majority, the whole court even, is likely to rule for me thus securing their constitutional authority once again by upholding <u>Marbury</u> on behalf of myself then all women and their children both male and female thus all Americans and applicant is likely to prevail on the merits as it is math and exact words of our law plus the exact words of prior federal precedent as well as actual biology. My case is supported by proven scientific fact, my own experience of this American life and eyewitness testimony. I am the only person ever to be granted the standing of pro se, authority and original jurisdiction and I have done it twice over. *I have chosen to say too much rather than not enough thus proving I can make this case and win on the merits of my case as I overcome all US case law regarding this issue, addressing a person on the ballot for President,* so that my cases now before this court as one are adjudicated and so I may orally argue <u>Susan Herbert V Barack Obama and the United States</u> alone or in conjunction with <u>In Re Susan Herbert.</u> The caseload I am now forced to assume all alone would crush any other pro se litigant or any licensed attorney acting alone. It would crush several firms of attorneys working together. Time may run out or the injury may become too severe to then be addressed as irreparable injury, possibly the physical death of my person or my children, may occur. My children have already had their will broken and so their injury is; they have died emotionally and are no longer recognizable. I have already had bones broken and was physically dead once; my injury is now, my death is imminent but not inevitable.

2. This election was never legal as <u>Bush V Gore</u> was not legal and remains a tied decision. No Presidential election and indeed, no election at all, is legal and so valid unless <u>Bush V Gore</u> is addressed. By addressing <u>Bush V Gore</u> and <u>In Re Susan</u> and now <u>Susan V Obama,</u> you then address all others. <u>Bush V Gore</u> is an extreme test of chain of command theory which is how and why it became an illegally waged war; <u>Bush V Gore</u> is the citizens unchecking all offices up to Chief Justice by refusing to obey the law, reason their vote and/or obey the spirit

12

of our law; it is the citizens reasoning and deciding they are powerless victims and so actually becoming powerless victims.

3. <u>Bush V Gore</u> is a Chief Justice unchecking himself, the Justices voting twice for President, 9 as 5-4 as 2 or 5 as 1 versus 4 as 1, a tie, and an illegal third party custody award of my person to lawyers - men - not on the ballot. It is also two persons proving they cannot fulfill the oath of office, as they did not act pro se.

4. <u>Bush V Gore</u> became a never legal President then unchecking the office of President as the only legal appointment of a new Chief Justice must be one that is arbitrary like old age in this unique case as the only way to recheck the offices is by arbitrary appointment. Thus all offices of government were then unchecked; no person is in charge and/or all separation of power is grossly violated; not one authority is fulfilling his or her oath of office or discharging their duties and no person knew the actual reasoning to then overturn <u>Bush V Gore</u> when ignorance is not an excuse. Whole schools of law failed. Not one authority I contacted obeyed the law and some even broke it. The citizens violated <u>Marbury</u> first as they obeyed the unconstitutional, unethical and immoral orders of their commanding officers thus they are then liable as proven by their willingness to harm me and my children, to continue to pay taxes levied unjustly (w/o representation) and to suffer the Bush administration; they began volunteering to die in defense of the invention of the institution, office of Chief Justice and President who is also Commander as all male and in defense of what Congress is and does not the people and in defense of federal court rulings or paper. As a government and law they became dead institutions. The election of 2004 was no good as Bush should not have been on the ballot and Kerry was and is unfit to command as he violated a *renegotiated* honor bound contract. I had no choice in 2000 as my vote was denied me so had no liberty and my right to vote thus liberty was denied me yet again in 2004. It is still denied me.

5. The declaration of war is no good as it is based upon bad evidence. Congress declares war therefore Congress is to address this declaration by issuing a new one based upon good evidence, invalidating the bad one and not re-issuing it and/or presenting new evidence to then support the bad one thus making it good. Congress did no such thing thus our Constitution was violated in an absolute fashion. May a Congress declare a war upon bad evidence and then act as the Commander? Or abuse the power to fund legislation and/or refuse to create effective legislation for women and yet Preside? Congress is doing both. This is not a Republican form of government and it constitutes unchecked domestic violence. Congress is violating Art. 4 Sec. 4 by living it out as Art. $ Sec. $

6. Congress then used money to prevent the person the voters believed to be the legal Commander when he is not from discharging his duties and from waging 'effective' war. Congress abused the War Powers Act thus enlisted service member's lives were traded upon the dollar. Enlisted service members are the innocent children of women who are mothers; they are all volunteer and the military is controlled by the civilians - us. We even have a civilian Commander. Congress is supposed to represent or be WE, the people. It does not and is not; one of the most grievous offenses any office holder can commit is trading the lives of the innocent upon money, especially enlisted service members and mothers. Not one member fulfilled his oath of office thus NO MEMBER OF CONGRESS CAN THEN OVERCOME THE CONFLICT OF INTERESTS TO THEN ACT AS COMMANDER. Obama and McCain equally then were automatically excluded from the ballot as YOU do not get to amend our law in a manner not legal or to elect persons not able to fulfill the Presidential oath of office. The voters are creating a situation that is not only absolutely and wholly unconstitutional but that then denies enlisted service members, mothers and all other women and children their liberty rights and so zero opportunity. No liberty then no justice. Our common interest is to be the law; obviously Congress has reasoned and decided and then forced it upon the voters: *Congress no longer obeys the law as it does not have to as there are no consequences.* Recently Congress has been printing up or creating energy - money - that does not exist and doing so to protect private interests, some of who are guilty, at my expense. Congress too then is invoking the power reserved to the exactly named Creator as only the Creator can actually create and destroy energy. Congress can try to violate a law known as the "Conservation of Energy and Matter" but it will not work. Congress' interest is that money and the privilege they are accorded via a title. It is perceived power. The voters have given them power that is not theirs by voting them into office over and over even when they admit they have behaved criminally, refused to discharge their duties, and/or do not know the law. The voters violated the separation of powers first.

7. Neither major party candidate has clean hands and neither can actually do anything they have promised to do, as it is humanly impossible for them. For instance, to institute any kind of economic recovery plan? First you must name the exact problem - the cause - and all of its effects and then you must know what our dollar actually is and what standard supports it. Neither candidate does. Obama has no clue; he can hope all he wants but nothing he claims will actually happen. Obama has confused what is or is not an entitlement and if these entitlements are even legal. This extends to every area and every problem our

nation faces. If a "plan" does seem to make things better? Obama violated the laws that rule this universe; he violated our written law and/or it only seems as if; it is not an actual solution but may be a temporary 'fix'.

8.     Unity is not possible unless you can reason and apply the equal protection clauses to women and their children. The promise of Brown will never be realized unless this occurs, as all actual rights are human rights as there is no such thing as women's rights. Money does not resolve this issue. You must define when life begins and so personhood or the right comes into being. A man cannot do this ever, ever, ever as he will not give birth thus he can never own as fact the knowledge. The only way he can do this is by asking a woman for help as in voting for her for President and/or appointing her Chief Justice. Obama has already said it is "above [his] pay grade" to reason this thus he cannot and so will not reason and apply the equal protection clauses to women and their children. It is not legal to subject me to the moral authority of a man who has none, as he will not name it. No man is safe if he refuses to define his views on when life begins and this issue affects women and children only. It is my life and/or the quality of my life that is at stake not his and not any man's.

9.   Only mothers and veterans have a protected right to hold this office; all others have the privilege as only mothers and veterans have proven they can and will shed their blood and risk their life in defense of the Constitution or WE, the people. Obama then claimed for himself a right that he does not possess at the expense of able and capable persons who do have a protected right, some of who are members of a still injured class. McCain? As a veteran he then may be held to a higher standard, as he should possess this knowledge re chain of command theory and illegal war. I am an equal opportunity petitioner as I held both major party candidates equally unable and incapable before the very first primary as no third party could or would win as they lacked the funds to buy the office and as not one third party has secured a place upon all 51 ballots. The Libertarians have been attempting this for over 25 years and have still not accomplished it.

10.    Obama claimed he is a constitutional law professor when he is not. An argument began over the fine differences in words. He also snuck into and out of Jacksonville and never stated his reasoning for doing so. This was purposely done as he engineered a situation whereby later in the day he made a splash in Tampa thus the papers did not carry the Jacksonville story as a reporter caught him in the act but only carried his Tampa appearance. This is not an accident or mistake and Floridians are sick of being a doormat for these kinds of antics in regards to Presidential elections. FL was denied justice in 2000 and we were denied justice

once again as our delegates to the Democratic Convention thus our vote did not count as the Democrats were censured for holding the primary too early. It matters not if a Democrat then won the national election, as we will never know what might have been as FL delegates could have cast their votes for another Democratic candidate based upon moral authority and the law and because two parties one of which is the Democratic Party have been given control of the ballot. These two parties have overly broad power in violation of the law and prior federal court rulings that state no party may be favored over another; if these two parties were not favored over all others they then would not be the only two on all 51 ballots and they would not appear in the first two slots on all ballots I have seen so far.

11. Obama did not keep an honor bound contract and in fact absolutely and wholly violated at least three by going against his word to run for this office using public funds becoming the first person since 1976 to use private money only thus this election was bought. There is no polite way to say this: If you cannot keep an honor bound contract, if you default before you enter the office of President, you may not then be legally elected under these current conditions, as taking the oath is then a lie as Obama had the human ability to keep that contract but did not as he is greedy for the office. I have no way to trace all of that money and this privatization of the election gives wealthy individuals, large businesses and their interests an unfair and unjust advantage. For at least a year before the first primary Obama was adamant about government accounting for its spending and just election funding but then made himself an exception at the last minute – when it seemed as if no person could then act to stop him.

12. Obama ignored several notices of suit as he is named in my federal lawsuit now before US Supreme Court. He refused to respond over and over. He also kept inundating my mailbox with requests for money thus enticing me to break the law and harassing me, which is a crime. I cannot overlook this due to the very nature of my suit as it makes me the person he has to unseat and I did not trade one cent upon our law or any life. Justice is, as fact w/o question, now bought and sold as that is what buying an election and violating Marbury and so unchecking all offices is. If money were not an issue this then would never have come to pass. I repeatedly sent him cease and desist orders all of which went ignored.

13. Corinne Brown who was so vociferous in her opposition to Bush V Gore and stated repeatedly that she felt as if her vote had been stolen in 2000 ignored me, as did the NAACP. I was told to my face by a citizen who appears to be black that this most likely happened as no "black" person or "black" organization was going

to help me, no matter how tragic my personal situation is, to unseat a Presidential candidate who appears to be black. I was stunned, as this thought had not once entered my mind. The NAACP is not a "black" organization and I once even took action to join this group and one of my closest friends ran a chapter of it. In fact the NAACP was founded by...whites in order to help former slaves begin again or rather begin for the first time. The NAACP is our nation's oldest civil rights organization and was at one time the most prestigious. I must consider this might be true based on comments persons made after this election was held in violation of the law and the result was announced. Not only must I consider my appearance as white and Obama's as black may have caused a part of my legal situation to become worse but I know as fact 'woman' did as the person answering the phones for the Jacksonville ACLU told me this. They said that word: 'woman', as a reason I might not be called back. Another thing the ACLU did not like? That I am heterosexual and that I proved parts of their agenda unconstitutional at the time I contacted them. The Miami chapter told me my case was not worth their limited resources as it was not pressing or important, a lie. The NY chapter refused to even acknowledge me despite NY's unconstitutional, unwritten policy regarding emotional abuse. I find this especially offensive as most of the ACLU's agenda is unconstitutional, it harms women and I have been subjected to their actions in federal court over and over. There is no reasoning whatsoever which actually or legally reasons why and how the ACLU and atheists enter federal court all of the time even if the claim violates our law and/or actual reality but I am yet denied and even when atheists have no evidence let alone proof. Not one organization or single person I asked for assistance would do so and almost all of them receive public money of some kind. Three Senators, including one from NY where my case sits in family court, and one running for President, wrote to me when I stood them down and said that they could not help me, as I was not their *"constituent"*. My FL Senators also refused to help me with one saying <u>Bush V Gore</u> was legal in spite of hard, cold facts like math and another saying that he could not interfere with a federal case - when I was no longer in federal court and when Senators interfere all of the time for their friends or in cases that garner them 'good' publicity i.e. popularity or votes.

14. In my unique case the Supreme Court of the United States and its Chief Justice then reasoned and ordered itself out of existence as a court of law thus an authority by actually violating <u>Marbury</u> only as I am a woman and specifically this exact woman thus my life was sold to the highest bidder, as were my children's lives. No vote has actual legal power or any authority but only appears to have it as <u>Marbury</u> was the decision that then created the Court's constitutional authority by vesting the vote with actual legal power and moral authority by

making the President equal to the citizen and so liable thus answerable to the lone citizen. By violating <u>Marbury</u> and doing so to then harm the person who *is* the acting, legal President and Commander, myself, as this was at first acknowledged by the Court by granting me status no other citizen has ever been granted and then by obeying Executive Orders I issued and signed "The acting, legal President and Commander" yet denying me oral argument so that the people were not then informed and denying me and my male children any and all remedy and relief but then according terrorists and terror suspects rights and privileges I was denied as were other women, the Court overthrew our law. It was, in effect, a coup as a coup in America is silent but then becomes violent. It remains a coup. You can but you may not hold a Presidential election if it is a coup.

15.     The only possible way to then recheck all offices and so balance all power and establish actual equal rights is to then accord me exactly oral argument. You recheck the offices via telling the exact truth and winning a unanimous decision in favor of women and their children and all ethical Americans who made an attempt to obey the law and the spirit of the law. In this case ANY citizen could have volunteered to recheck the offices if they could then act pro se and make the case; a citizen could have claimed third party standing against Bush & Gore on behalf of the US or women alone as no person who is a member of the injured class was ever likely to possess the human ability to sue in their own defense thus it then goes to the first volunteer if they have the case for equal rights. I'm that person, as I possess the case and acted upon my knowledge as soon as humanly possible for me to do so.

16.  The military has several serious problems and neither McCain nor Obama can clearly articulate what they are and so then fix them. Obama is for the continuation of the "Don't Ask Don't Tell Policy" which encourages recruits to lie thus violate the honor bond before they serve a single second, strips recruiters of the ability to reason and decide if a recruit is fit whether he or she is gay or not as each citizen must as we are self-governing and self-adjudicating and ignorance is no excuse and as it yet denies women, even women who are gay, some combat positions namely the Office of Commander in Chief. It is based upon a lie and appearances only. Obama stated he could not Command (make a decision) alone so would not and does not believe this policy causes harm when it does and it harmed me in 1995 and 1996 and Obama stated that he was for drafting women if a draft was initiated. Drafting women is unconstitutional as it constitutes double jeopardy as sex and childbirth always carries the risk of injury and death for women and not men. The draft is a written proof of death contract and childbirth is a proof of death contract not in writing until after the fact of actual birth. The

18

draft and pregnancy are equivalent; birth and war are equivalent. Our law names life, death, natural birth, war, double jeopardy and a Creator exactly thus defining this. Obama cannot fix what he does not know is wrong or what he mistakenly believes is legal when it is not; he will only worsen our current situation and cause a further erosion of our military. **Enlisted service members will die w/o reason or cause.** Obama cannot command in the field as I can or others can and does not know the actual enemy, military tactics, basic chain of command theory and has never to my knowledge shed his blood and/or risked his life in defense of me, my children or the Constitution or else his name would be on this lawsuit as co-petitioner or as an adversarial party acting pro se and my life would not be what it is today: absolutely and wholly unsafe.

17.     Obama believes "gay" is a protected class and is for giving the rights of women to men who are gay by giving them unfair advantage and overly broad power compared to women yet denied basic human rights and our law protects no act of sex not even heterosexual acts as an act of sex is a choice unless it is forced. The word "sex" was jokingly and mistakenly used in the Civil Rights Act, as the protected class is women as "female" is a quality of being human and acts of sex are not. Quality of sex or gender is not a choice. Rights if you are gay consist of the same rights all citizens have if they are human and then law abiding. Just as men and women have only one distinction so do persons who are gay and this one distinction does not then make any of us not human or less than human.

18.     It is intrinsic to doing the job of according women and their children thus all humans true equality and justice that you are an actual woman, as Obama will not ever know what that is as absolute fact - at least not in the next 8 years. He cannot reason equality. The Civil Rights Act allows me and my children or all Americans to discriminate based only upon man as woman is necessary to do this job and so not vote for and/or install Obama as President and Commander based only upon "male" even if no other reasoning existed. Therefore, as Obama is a man I openly cite that as part of my reasoning as hell will freeze over before yet another man usurps and violates my rights when I am most able and most capable and I have always obeyed the law and the spirit of the law and I as a mother possess the protected right not he and "male", by his very nature, cannot perform the job of President and Commander while I can and did.

19.     The Equal Time rules were not obeyed or enforced and were exploited for their four exemptions. Proof would be Oprah Winfrey as she gave Obama airtime she did not give other candidates as her show qualifies for such an exemption. Due to Winfrey's unique situation one cannot ignore her money or influence in this

unique case and one cannot ignore her refusal to answer my suit or address it in any way. Winfrey also never before did such a thing; she herself cited black over and over and she campaigned against Bush citing his record of not according women what she believed to be their rights but did not hold Obama accountable for the same and even ignored his "above my pay grade" comment as if he never said it. Other proof would be Fox broadcasting not allowing Ron Paul to debate when he was a legitimate contender with the means as he had the support of the public via the internet; Fox cited Obama's race over and over and had no reasoning to deny Paul airtime. Fox exploited an exemption. Paul is an Independent Republican not a Republican so he and his party received unequal airtime as in next to none. To my knowledge only Jay Leno addressed this by inviting Paul to appear and discuss his exclusion by Fox. Due to media consolidation all networks now produce their own programming thus must abide by the Equal Time Rules and some citizens like Winfrey have a higher standard to meet due to their own unique facts regardless of the four exemptions. These exemptions have been exploited over and over during this election. I my own self was ignored by all media outlets when I made US history and am the acting, legal President and Commander. The reasoning? The press did not believe the US Supreme Court ever heard my case as I was denied oral argument thus stated that I had not executed executive orders, had no actual case and so was 'making it up' and 'delusional'. I was turned into an exemption! I would have received news coverage and airtime if I were not unconstitutionally denied oral argument before this court.

20.   If Marbury is violated then your vote does not have any legal power or the legal power it has is not equal, as it has now been made an arbitrary decision of the federal court. A woman's vote has never had actual legal power but only the appearance of it. As the vote is your check then it is not possible to balance power w/o equal legal power or any at all and the Office of the President has been purchased. Proof would be private money and the total amount spent on this election calculated to be an unbelievable but very truthful $5.3 billion dollars. Proof would be Obama being able to purchase a place on the ballot while federal judges went so far as to my pull my case from the files and tamper with the date and time stamp to keep me off of the ballot. Proof is the rules, which allow a person to appear on the ballot may be avoided completely by payment of a one time fee in most states thus you do not have to prove any ability or any willingness even.

21.   I am not to be faulted for other federal judges violating the law in order to then silence me and so keep me off of the ballot. There is no authority save me. All

discriminated openly or outright refused to uphold and enforce the law. If all of the above were not fact and did not happen and if the law was not on my side then I never, ever would have been accorded standing as a pro se case of constitutional authority and original jurisdiction not once but twice over as I was then given immediate reconsideration of my case in order to 'unviolate' Marbury. If Marbury is violated then all offices have fallen. In my unique case the only court to go to, the only 'authority' left after US Supreme Court, is a world or international court and due to the nature of my suit - men refusing to preserve, protect and defend our law based only upon women as less than and money, and a mental illness known as denying reality or changing reality aka conditioning thus using discrimination and propaganda to commit criminal acts - the seat of power goes with me as I am it so that it leaves the jurisdiction of the US and strikes down "natural born" , "citizen" & "men" so that any foreigner willing to fulfill the oath and do so on behalf of women or my one person can then become elected. This Court knows as fact I, not Obama, am the legal President as I first unseated Bush by overturning Bush V Gore and standing down all up to the office of the President and into this Court as an original case so invalidated this election from a time before even so much as a single primary was held. A response was due on the 5th, one day after the election thus invalidating it as the Solicitor General never responded, the Supreme Court never had the power or authority to deny me the first time as the Court under Roberts had begun making law, amending law, is in violation of the separation of powers and is exerting the power of the exactly named Creator by killing the innocent as it granted this power to men only thus it awarded the death of innocent women and children to men so it is discrimination and a clear violation of our law, and it goes against the Bill of Rights as well as the equal protection clauses as life has never been defined. This then subjects women to conditions not terms and our law is one of terms as there are to be zero conditions as your humanity is not dependent on any outside condition placed upon you by the other citizens, not even a President, or any court ruling as humanity is. You are born into your humanity as you are born into rights as the founders gifted us with the law but God gifted us with will and liberty first and a gift is unconditional. We are supposed to be subject to the terms of a contract not the conditions. We call it a term in office for a reason. Women are yet the victims of men changing the conditions on them thus while they say they believe in equality and often act as if they do, their true unspoken belief is realized as gross injustice and even murder as their true belief is the citizens are powerless and women are less than so even more powerless; that no woman can reason and so make this case nor ever act as Commander.

22. I proved my ability beyond any and all doubt by actually fulfilling the oath and so acting as President and Commander and by making this case in spite of every single citizen acting against me and all denying reality and my injury. I defeated the entire federal government acting alone, as I am a power of one. I know how to use my vote thus the law as a weapon. The citizens are acting upon what appears to be truth when it is not so that they break the law each day but yet deny it even when poverty, ignorance, discrimination and death - injustice - is all around and there is no constitutional reasoning or just cause. Liberty is nearly extinguished. I am the lone citizen standing as I acted as an actual Commander is to act by willing government into being and so creating life where there are only dead institutions: In our federal government. President? I have already made law via executive order and my suit; I have already preserved, protected and defended the Constitution beyond what was believed to be humanly possible for a woman as my lone vote now floats this government and law as does one other vote that is the one vote cast for my person. This vote was cast where all of this began, in FL. This is FL ballot # 3481 upon which my name for President and the name of Ron Paul for Vice President was written in the space provided for write in candidates and was then mailed [there is a short and a long number]. My standing to press suit is then secured. I am aware Paul may not qualify to act as VP as he is a member of Congress; as no other person volunteered, as Paul was injured and as this voter looked up what values and ideals the parties were supposed to represent but did not said voter chose to name him. If Paul is disqualified this does not disqualify my person. It leaves this office empty or I simply name another person.

23. The US failed to respond within 30 days which is standard contract law thus I win as by failing to respond you have offered me a contract to which I accepted all terms and you then refused to honor it. You may not offer me a contract then revoke it only as I accepted and met all of your terms as proven by my docketing and re-docketing as I wholly embodied the law. I even met the conditions you changed unjustly. As high as you raised the bar I met it and even flew past it. This new suit is yet further proof of this. **Therefore I may also now sue the Chief Justice and the whole Court once again and add the Solicitor General thus the US by suing Obama as he volunteered and the citizens then made him their representative.** This, failing to respond in 30 days, was the means for the case known as the "Auschwitz Lie" brought by Mel Mermelstein against the IHR as he successfully proved he could have been awarded promised compensation if the IHR responded to him as the IHR offered Mermelstein a contract asking him to prove the Holocaust happened and he accepted the terms. When the IHR did not respond within 30 days he then sued for breach of contract and emotional distress among other things. I too press suit for the same as the denial of liberty cause my sons and me to suffer extreme emotional distress. I was promised the

22

blessings of liberty; I too accepted the challenge to prove the discrimination of women is alive and well and perpetrated by the federal government, upon the 'highest' levels of power and within the 'highest' offices, that women are actually created the equals of men, that the Creator exists, that our law is elegant as it is written originally, that the resolution of Uniformity is within our law but has gone unnoticed by physicists and that our one vote is an actual power and the US failed to respond. My entry to this very court is my absolute proof and my denial is other absolute proof as I did get a unanimous decision as I predicted. I know exactly how extraordinary I am. Like Merlmelstein I would have won a ruling in my favor and secured all the blessings of liberty if allowed to argue orally thus execute the contract known as US law. This Court and this nation has been telling what I have nicknamed the "Woman are the equals of men and receive equal protection and due process of the law thus may become Chief Justice, President and Commander while they yet go without a federal court ruling and while they are yet the victims of discrimination lie" as equal protection thus actual legal power does not exist nor does the opportunity to become Chief Justice, President and Commander or to enter this court pro se if you are a woman and/or if you have defeated the federal judiciary's, Congress' and the Executive's faulty reasoning in an airtight fashion. I did make the case - a case no man and no attorney could make. I can and will prove I would have won my case and won it unanimously 9-0 not 0-9 if I had been allowed entry thus I can now sue the US and its current but not legal representative, Barack Obama, for breach of contract. In California, the Evidence Code permits the Court to take judicial notice of "facts and propositions of generalized knowledge that are so universally known that they cannot reasonably be the subject of dispute." Judge Thomas T. Johnson: "This court does take judicial notice of the fact that Jews were gassed to death at Auschwitz Concentration Camp in Poland during the summer of 1944. It is not reasonably subject to dispute. And it is capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy. It is simply a fact." The Declaration is written; the American Revolution is won; the Constitution and Bill of Rights is; my case is; liberty and equality is; therefore I am.

24. This election then is yet another illegal third party award of my custody to men, to the unjust and to a major party that has violated our law and women over and over. Some of these persons are guilty. Nothing in our law says Susan Herbert alone may not address her injuries or that Susan Herbert alone is exempt from our law. Nothing says that I alone am to receive no protection of the law especially when innocent and especially when the states refused to name anything I was guilty of yet kept 'punishing' me over and over by issuing false and unconstitutional decisions and orders based upon no case law and which even violated the code of the issuing state as well as US law and flew in the face of

reality. My person is not recognizable in these orders as my facts were changed. These decisions and orders then found me when the law does not protect me thus I alone am subjected to the law when I alone am not allowed to use the law as a weapon in my defense. If the law accords me zero protection it then may not find me. As I named all Americans as liable with the exception of the clerks of this court then I sued on behalf of all ethical and law abiding Americans thus this election makes us sovereign nations so that we can and may commit any crime we wish and not be held to the consequence under the law. You may find that we - myself, my sons or a clerk of this very court - did it but we cannot be held for it or convicted under the law as this court has previously ruled if the law does not exist then the law not the person must be addressed. Thus as our law no longer exists in reality but only upon paper Obama must be addressed as should the Chief Justice and this Court as a Chief Justice and President are equivalent legal authorities and this is the only manner this court can and may re-secure constitutional authority and re-establish law and then order – checks and balances.

25. The Supreme Court of the United States has recently begun considering the consequences of their rulings in the cases of women only and in the case of myself only. This is proven by several rulings that violate our law and/or hold women to conditions men are not held to, rulings in which the liability of men for the injury to women was the factor used to deny women justice thus justice or the very lives of women was bought and sold, a ruling that erases words magically from our law with fancy word usage making it seem as if and by the refusal of this Court to hear an equal protection case known as Nicholson V Scopetta which then resulted in more and worse harm to my person and to the persons of all women and the refusal to grant me oral argument. This court nor any court is to consider the consequences of adjudicating a case or of awarding remedy and relief to a litigant, to a class of one or millions, as it is impossible to predict the future exactly and as this then makes the preservation, protection and defense of Declaration and Constitution impossible. No woman can preserve, protect and defend her own life or the lives of her children. Violence may erupt; riots may ensue. This is the case of the aftermath of Brown V Topeka. Then again, no rioting may ensue. We can never know this detail exactly. Federal precedent is: At times blood must be shed in order to water the tree known as liberty. While the ideal is we have orderly transfers of power some citizens refuse to own knowledge and so choose ignorance when ignorance is not a reason or an excuse. To cite possible - *possible* - consequences in the cases of women only or in the case of invalidating the election of a person who appears to be black to the Office of President is then to break the law, discriminate, harm the injured class or the lone person worse and to participate in what is now a criminal act as it is treason

as it is the overthrow of our law and the negation of what is a protected birthright paid for in our blood and the blood of those who came first. I stand between our law surviving versus being overthrown in an irreparable manner; if forced into an international court I will then be proving the United States no longer recognizes its own law and has now died, as it has become a dead institution of government and law.

26. I overcome all prior decisions against a private citizen suing to remove a candidate from the ballot or to be placed on the ballot; I will win on merit and airtight reasoning. First, I am the acting, legal President. Am I even private then as I volunteered? Second, I became this – I acted - before any primaries were held. Third, I stood down all of Congress but as it is unchecked it did not act thus no statutory method exists in actuality but only upon paper. Congress is mostly male and mostly Democratic; this court cannot overlook this nor the gross violation of separation of power nor the cause as unconstitutional term limits have become repugnant and so they are string theory as they change numbers that should never have been changed and skew power in favor of Congress. We then have no way to check Congress or any branch as that is our vote and it is negated by decisions of this court and by Congress itself. Electing a person over again is our means to check Congress' actions and should be our means to check the two parties actions. I wrote to all 100 Senators and to dozens and dozens of Reps, some more than once. All failed me and all denied reality. As I named Chief Justice John Roberts exactly in his official capacity and as an individual and the whole court as well as NY's Chief Judge Judith S. Kaye and several others within my federal suit, a suit in International Human Rights Court not only removes the seat of power from the US but also then would name these people exactly for engaging in what is human trafficking under the guise of family court orders and federal court orders none of which are supported by the evidence or by our two governing documents. It would find John Roberts and this entire nation guilty of becoming human traffickers and pimps, of becoming child abusers and wife beaters for profit.

26. The only thing that ever makes anyone whole is the truth. I need to be able to tell my truth as I have been libeled and slandered almost beyond repair as has the law and I need to know what Obama's truth is. This is not a frivolous suit or one brought without cause. This man harmed me as he refused to act and he ignored me; he specifically ignored a legal argument I *gave* him regarding war funding so he could then act as he told me he was a constitutional law professor or at least a scholar and at the time I had no reason to doubt this. I asked for nothing in return not even his help in resolving my case, as people are dying daily. Then Obama inundated my mailbox with requests for money and would not cease and desist.

His policies will only serve to further injure this nation especially women, children and service members. He has no protected right to this office natural birth or not. I have suffered for 16 years under men who were unable, incapable or unfit and so I refuse to suffer a second more under yet another unable and incapable person and/or an unqualified man. Americans need to have actual faith and actual trust in a person acting as President so they then can have faith in US law and they need to know their one vote is absolutely without price as it is their life. I claimed my right to press suit when I proved my ability and willingness by acting in defense of this nation and so risking my life over and over. I did not risk it for this: justice bought and sold thus life for sale.

28. Until my cases are adjudicated I am trapped in what is in legal limbo so the Presidential election is not a valid election and is unconstitutional. The results are invalidated. Interestingly, created or manmade legal limbo was one of my very first claims in federal court in early 2007 that was then denied and cited as being frivolous and having no person in fact or law. I do not possess ESP; legal limbo existed for women, children, enlisted service members, persons who are gay, the poor and I alone from a time before I entered the courts. It did exist then and does exist now or else I already would have given oral argument before this court. No person can deny the importance of my federal questions some of which have never been adjudicated namely my first federal question: *Is God or the exactly named Creator actual reality and if so are women then created equal to all men and so does Marbury apply to their persons?* I will remind the Court: Marbury addresses the office of Commander in Chief as well as the office of President. The US Supreme Court by denying me oral argument and refusing to answer a single question then answered: The exactly named Creator does not exist, Susan Herbert alone is the exception to the law, women are not equal and so less than men and not of the Creator and Marbury does not apply to anyone not even this very court so the Presidential election thus the office of the executive may be purchased or stolen by snakes. It was and is. A woman's only other recourse? Marry into the possibility of becoming elected. This nation may not force me to marry a man or have relations with snakes to then become the elected President and Commander; it may not force me to violate the law. This nation may not reason if a man cannot prove God exists than a woman cannot; that is like saying a man *can* prove life - give childbirth - but a woman *cannot* prove life. Proving the Creator is actual reality is easy for this woman. In fact proving the Creator is easier than suing the Chief Justice of the US.

29. An emergency application for a stay of enforcement of judgment was not treated in a timely manner when it is a true emergency and enlisted service members,

women and children have died as a result. I did mistakenly date it the 8th when it was the 15th. This is yet one more example of how men are granted what I am not as Bush Jr. received timely treatment in 2000 when he applied for a stay but had no true emergency. I clearly wrote on the label of the box in which it was mailed "Emergency Application". Bush's lawyers may have claimed they were entering a petition within 24 hours and then done so; I would have done the same had I the human ability as I am working all alone so could not within 24 hours but if I had been granted the stay would then have been able to begin addressing the issues thus preventing some deaths as I do have the ability to advise persons on exactly what to do if they are in one of the deadly situations that exist. Today, on November 20th, 2008, case 08-6622 was finally scheduled for conference. I know a true emergency is a life or death issue; does this Court and does the Chief Justice? as Congress and the never legal Executive do not know what an actual emergency is and abuse that word constantly in an attempt to instill unwarranted fear in the citizens.

30. It is unconstitutional and not effective or practical to let the inmates run the asylum, as at some point asylum will no longer exist. Actual reality is no liberty, no justice and so no America. As goes the law so goes this nation and the eventuality is death. This eventuality is avoidable. James Madison warned us against the temporary passion of the people. He exactly said the people can and may become "possessed" of a "temporary passion". The DSM names this as a mental illness. Liberty is a choice so you choose: Are you possessed and/or mentally ill? I own the knowledge the Supreme Court and its Chief Justice may be misguided at times mostly due to attorneys missing the argument or presenting what is a lie as it is not the whole truth but I do not truly believe they are crooks who intend to cause harm and who have motive to do so as that is not a legal or just choice, is it? The law is: You are presumed to be innocent until proven guilty and as that choice - Justices who are actual crooks - then would mean I am going to have to find a foreign nation willing to allow me to liberate it in which to make my home. While I could poll the jury by asking all 9 whom they voted for that is not necessary. For a Justice or myself the law is crook is not an option. Period. If you are a President and Commander? Crook is not supposed to be an option; you may be forced to act extra-constitutionally but never unconstitutionally. This citizen knows the difference.

31. I possess no evidence that Barack Obama is a natural born American, as the only certificate I have seen is not a birth certificate but a registration of birth certificate, which any person can and may get. All this certificate does is certify that you were born and your live birth was registered in that place in that state but

does not certify that you were actually born in the US or that your parents are natural born citizens or even Americans citizens. Also Barack Obama's mother, called a citizen, may not be as she did not live in the US for five years before giving birth to Barack Obama or so I was told thus he would not then qualify for natural born status even if born in Hawaii. Eyewitnesses have placed his birth in several different places, in two different hospitals and in two different countries. This registration of birth certificate has no seal that I can discern and no signature which it must have; unlike my own registration of birth certificate it does not state on the back that it proves age and citizenship for passport or driver's license but not for qualification to become elected to the office of President and Commander. I have both certificates and can secure the original on file in NY; does and can Barack Obama? Many citizens noted that his father's race is listed as "African" which is odd indeed as any actual American birth, a natural born American citizen, would not then possess such a racial classification on this certificate as it is to be a transcript of the original and in 1961 no documents listed "African" as a race but only "Negro". Thus this casts doubt upon its authenticity, as any actual transcript should state "Negro" and not "African" unless Hawaii is ahead of its time. The word "transcript" is missing from this registration of birth certificate, which leads me to believe Obama's actual birth certificate is not American and/or that his parents could not prove his place of birth to Hawaiian officials. While I have never seen an actual birth certificate from Hawaii nor an official registration of birth certificate that is Hawaiian I do not believe Hawaii alone would have documents so different from any other state's that these documents then become the focus of a federal lawsuit as they violate the equal protection and due process clauses as well as our right of safety by offering us no protection from foreigners flying into or traveling by any means into the US to register a birth thus making that child eligible for the benefits of US citizenship known as the office of the President and Commander. While no person could engineer a situation in which their child needed a birth certificate to then run for President and so tried to deceive the public by registering the birth only, that is no parent could know if their child would ever run for President, if Barack Obama does not have the same documents I have, equivalent documents, then I must know as he then is not a natural born citizen and so has not even the privilege of becoming elected to this office. I REFUSE TO GIVE MY BIRTHRIGHT AWAY BEFORE EVER BEING GRANTED IT AND THEN STILL REFUSE. I PAID MY DUES, AS DID MY PARENTS, AND I SHED MY BLOOD; I ACTUALLY DIED IN DEFENSE OF THE CONSTITUTION. If McCain also is not qualified as he may legally be a naturalized citizen and not natural born I then had two unqualified persons forced upon me by the major party political monopoly and that – unjust choices – is then not liberty. As for third parties? Unless they knew the reasoning

Bush V Gore is unconstitutional they too lacked the human ability to keep me or my sons safe so *all* choices on the ballot were then unjust.

I wish the court to give special consideration to one of the most unique assaults upon my human dignity ever and an extraordinary violation of my rights perpetrated by the state of MD, specifically the Department of Motor Vehicles, which involves my registration of birth certificate: I had used this for 35 years to secure a federal military ID and my original driver's license as well as a federal grant. Not once was it questioned as it has a raised seal and signature and as the military and the states supported it with other documentation and my living person. It was proved. MD however, even after reading the back, insisted that I had to pay for a new birth certificate from NY or else I could not get an ID forget a license. I told MD it may not compel me to do that as it constitutes a violation of the equal protection clauses and is an unjust tax. This clerk insisted that she could not accept any of my ID no matter what due to this registration of birth not being the new style of birth certificates NY had begun issuing. She said NY had "new" ones that replaced an older style. I said, "Lady, my other ID does not expire and so I do not die thus am no longer proof beyond doubt as to who I am only because you refuse to accept the registration of birth certificate. The registration is evidence rising to proof, as are the other state documents but the federal military ID is proof beyond any reasonable doubt and I, the living person, am the absolute proof rising beyond any and all doubt. Neither you nor NY can make me pay for a new birth certificate each time NY redesigns it. I'm not redesigned the paper is. That's on NY not me." She insisted I could not be processed so would not be and when I demanded an exact reason she stated: "I can't as it's not the right color. You're not the right color." The room went silent. I asked, "You just said 'not the right color'. What color do I, Susan, have to be to then get an ID from MD?" She answered, w/o skipping a beat, "Blue." I became indignant *and* irate and ordered her to get her supervisor and I told her she just asked me to meet an impossible standard and that if this was not discrimination of Susan Herbert alone then I had no idea what is as nobody but nobody had to be blue to then get a driver's license or state ID. I'd be more upset than I am with MD but this was the event that tipped me off to what this injury became: discrimination of me alone as I knew the law and so knew my rights and concepts like the burden of proof standard; that my ethic and my intelligence was causing me injury. One would think this could not escalate any further but it did as I was once cited for being Native American; being born here and so "you know[ing] the law" was actually exactly used against me to then injure me not the words *Native American*. I never did turn blue in DMV but I did receive a MD state issued ID within the hour that day.

When I recently received a "new" NY birth certificate? Still not blue but I am out $60.

Nothing in our law or any prior precedent makes it legal and binding for the voters to force a person who cannot fulfill the oath or who may not be a natural born citizen upon my children or me. It is actually the exact opposite. Every citizen in this nation can vote for Obama; however they may not, it is not legal, if they know him to be unfit or unable to Preside and Command, or unqualified, and did know it when they voted but ignored it.

I am self-educated, poor and possess no party affiliations or any political weight known as political favor. Each and every fact of my life runs against me ever being able to do this as even my human ability to emote and to reason or my gender is believed to be a liability. None of this then makes me unable or incapable; that is perception and is discrimination. I used my lack of formal education, as I was not then indoctrinated by mostly male points of view many of which are dead wrong. I was able to uniquely reason the law as it applies to women as well as men and I was able to make "I" statements no man could as that is all about being extremely self-aware. I used my larger hippocampus and the ability to discern very fine differences in human emotion to then turn the tide in my favor by catching persons in the act of violating our law. They were dumbstruck. Liberty is an emotion as is the truth; you will hear it and feel it if your compass is set due north according to our law no matter what those in charge do or say. I have felt the vote and Philadelphia as sacred so I know it. If you lie to me or break the law you can use all the fancy words you wish or no words at all; I will still know it for what it is: Unconstitutional.

As the vote feels one way and as Philadelphia another so does liberty denied. All can be known. It is like the bible says: Nothing is hidden that shall not be revealed. As people do not repeat myths unless they contain some truth I discovered how to use the Declaration as a compass and so the Constitution *became* a map - a unique map of my sacred human heart, which contains the answers to our earliest origins as it led me to know the birth of this universe and beyond. It led me to discover the answers to secrets that I never imagined I would know in my lifetime and to do what Einstein and Thurgood Marshall could not. I did not realize other people could not "see" the law as a three-dimensional picture in their head or as equations and so did not know these answers were staring them in the face. When I wrote "the structure of DNA is found in our law" I thought all clerks knew this and could "see" it in the right of safety as this is realized as two conditions – liberty and justice - and in office of President and Commander as it twists and turns to become two offices in one person. When I wrote the "right of privacy does exist and is contained in the clause exactly naming the Creator and is supported by Marbury" I thought all Justices and clerks saw the right of privacy and equality as an equation

30

balancing on a fulcrum or canceling the other out until it becomes $E=MC^2$. I did not know you were blind to *why* Roe V Wade is unconstitutional beyond it is not named in our law as I possess a unique skill or so I was told recently. The universe?

It is all contract law and math; it is constitutional.

What did I ask for as remedy and relief from day one, April 4th, 2007 and on?

The power of Executive Order as I knew as absolute fact without question my legal argument unseated Bush Jr. then placement upon the ballot in all 50 states and DC for the office of President and Commander. I claimed the power of Executive Order my own self by entering this court but left it up to the people to claim it for their persons via voting for me thus against those intent upon violating and even overthrowing our law for their own personal, selfish interests. As I was silenced unconstitutionally, the people - especially women and enlisted services members - then had no opportunity.

We as a nation were born in an act of self-defense by invoking our right of safety and liberty, as they are inalienable. Our vote is actually paid for with our very blood. Our vote is our right to life and so is our means of defending our persons. It is the Creator who ultimately reasons and decides which among us will be born under these skies and within this country and so be of the ability to wield that vote  - the greatest weapon of mass creation man has ever wrought. What is of the Creator and which we are then born into no man can or may put asunder as he will have to go through a woman first – I, Susan – and this American refuses to negotiate as an actual American never negotiates her safety. I will settle for nothing less than this nation's unconditional surrender to the Declaration and Constitution, as those are the inviolate terms that absolutely and wholly define our humanity and so make us a living government and living law known around the world as We, the people – *the Americans.*

**Reasons To Grant Petition**

For 16 years we have been suffering and dying without reason or cause; for women this has always been the case as our nation came into being excluding women. Since 1998 chain of command has been interrupted due to perjury committed by the sitting President and Commander, a person who had no protected right to hold this office but only the privilege and who engaged in the purchase of this office and went so far as to do so with the assistance of a person who was not born in America and was not an American but a British born citizen who worked mostly as a prostitute in France (*courtesan*, if that makes it any easier to swallow) named Pamela Harriman, later given what is equivalent to a state funeral for no reason other than what is personal and when American women and other citizens are denied this, and this perjury was ignored by Congress and then the people as if it had never happened. One devastating effect on women who are girls? Children now engage in oral sex yet claim it is not sex and younger and younger girls are being deceived by this lie. One devastating effect on all women? Abuse of power is excused as the men engaging in it are also the men charged with the duty to address it thus what is abuse of power, and is men acting against women, is labeled something else and made to seem as if it is normal and legal. Chain of command is yet disrupted today due to <u>Bush V Gore</u> which has now escalated to all offices becoming unchecked. Under these most extraordinary of all circumstances, the effect of a failure to grant a writ of mandamus and/or prohibition could well be to deny Petitioners fully effective relief or any relief in this case and to inflict material harm on all women, their children and enlisted services members plus the Presidential election process. The United States could fall as a scientific world power as this case would also untie faith and reason thus resolving Uniformity and so reasons a newly defined force that another nation may then use to gain advantage in the world market. The citizens might never come to own the actual power or force their one vote is and so this government and law might never recover. A writ and oral argument is further justified by the extraordinary importance of the outcome of this case and the extremely time-sensitive nature of relief. Petitioners have been injured without relief for over ten years to the point of physical and emotional death; currently they are threatened with irreparable injury, and the equities clearly favor granting a writ, because a writ and then oral argument is the only means of protecting Susan Herbert, her minor sons Ethan and Christopher, all women and their children, enlisted service members and the integrity of the federal election process while ensuring women and the poor have proper and orderly access to the judicial system.

The office of the Executive is our protected birthright; women - either me alone or as a class - should not have this birthright stripped from their persons before it has ever even been accorded to them. This would be especially injurious as conditions exist today as

just as the bald eagle went off the endangered species list women went on it as this nation denies it has and is engaged in an actual war against women and girls in spite of actual reality: Unchecked rapes, sexual abuse, child sexual abuse, the spread of sexually transmitted diseases like AIDS, domestic and other violence, death from drug addiction, one sitting Justice who is female in 2008 and only a handful of Senators, the unchecked and now accepted prevalence of what Justice Potter would know as being actual pornography and the sex industry being the industry which accords women the, most pay.

Lastly but mostly, I wish to make a gift of my priceless intellectual property to all natural born citizens especially women, children and enlisted service members, or, to all Native Americans.

**The type of writ I am seeking, 20.1: both in the alternative.** "The issuing of mandamus ... is constitutionally vested in the Supreme Court ... but a mandamus directed at a public officer, belongs to original jurisdiction ... and is restricted to certain specified cases that do not comprehend a mandamus. The latter clause of the above section to persons holding office under the authority of the US is therefore not warranted by the constitution and void." I Cranch, R. 175. This does not apply in this case. I am the United States in this case and due to the absolute unconstitutionality of Bush V Gore, due to Roberts denying me justice in an unconstitutional manner once already which then caused my children to be killed as their will was broken and caused fu-ther injury to my person, John Roberts has no authority over my person under the law as all offices went unchecked. I'm the lone American who actually obeyed the law and all federal precedent. I'm the actual living embodiment of the law and I have authority and consent. **This case sets precedent and is unique. This will never happen again in the US for if it does there will be something very, very different - it will not be an American.**

The Court may not rely on past precedent when no past ruling may cover this unique issue, as it is a first in the history of the world. As I attempted to enter other courts and as I was denied and as Bush V Gore set new precedent as will I by closing this door, then I can be granted original jurisdiction *and* mandamus. I am of the true belief, in this case, you can indeed grant me original jurisdiction and mandamus as not one person - those in chain of command who failed to fulfill their honor bound duties some of whom broke the law - has or ever had authority and as authority and consent are reciprocal.

**I am demanding a writ of prohibition** against the people in order to prevent them from acting to make real the result of a federal decision and order known as 2008 Presidential election and it is not valid, binding or legal, as it violates our law absolutely and wholly,

33

***33- 40 in my petition in support of application for stay that was returned; most likely the first time any Justice ever bothered to read the petition and my claim always was and still is clerks are given overly broad power and power not named in our law. As of 12/11/08? Still no returned application..

as it makes a violation of Marbury permanent, as it sells the office of the Executive to the highest bidder i.e. private interests and as it was never legal from a time before even the first primary was held. I am seeking a writ of prohibition against Barack Obama preventing him from acting as President and Commander and a writ of mandamus compelling him to produce his birth records thus answering my federal question regarding whether or not he is a natural born citizen. I also ask for a Writ of Mandamus to be issued against George Bush Jr. compelling him to do his duty and so stand down as I have legally unseated him and as he had no actual legal power but only moral authority and that moral authority became nonexistent soon after he assumed command. The public has deemed his Presidency to be the worst in US history; if this is true then the public must accept equal fault, as ignorance is not an excuse and there is no other citizen willing to stand beside me. Each has their own reason, most of which I have found to be excuses. I do not believe Bush Jr. meant to cause this nation or my own person harm intentionally and I myself do not consider his actions the worst as one cannot truly compare any single President's actions against another's as all stand alone. I, my own self, witnessed Bush Jr. being emotionally assaulted and battered on national television in February of 2007; it was at this time I realized he was experiencing gross injury and so did not know something about himself, our law and the public. He was speaking out against Congress' refusal to grant him funds for troops and adequate troop numbers; he was attempting to inform a reporter that enlisted service members would be sent to their deaths directly due to this action. The reporter then said something so injurious and so out of touch with reality and our law that I witnessed Bush Jr. implode as he realized that this reporter had no idea what was actually happening and so other Americans did not. Bush Jr. was devastated; he literally imploded and I can and will produce this taped appearance for the court. At that moment he then lost any ability he might have had to act. This event led me to immediately phone the US military, specifically the Navy at Naval Station Mayport where federal injury first occurred to my person and to my sons persons to inform them that I had the case for equality and proof of life. I spoke to the Commander's office that referred me to a Lt. Commander with JAG. This Lt. Commander and I "squared off" as I informed him that I was fully prepared to stand down the Chief Justice and the person acting as President and expected to do so soon; that I possessed the legal argument and the means to enter US Supreme Court. The point of law was lost on this Lt. Commander who could not reason that Congress was not his friend but had become his deadly enemy and as he had no idea what this argument meant to the military as he could not get past my being a woman or the appearance that Congress funds war and so Congress commands when it does not. In his mind funding was inextricably linked to authority. However, he not once called me crazy or stupid nor did he even so much as infer this and as I invoked chain of command he even respected me. He told me he knew if any person

could do this it would be me, he was certain of that based only upon our conversation, and he wished me luck in my endeavor. I officially stood him down then thus stood aside the whole military. Next I phoned the Supreme Court and asked the clerk for directions to file a case of original jurisdiction, as acting upon my knowledge is what matters in the eyes of the law and a citizen is charged with the duty to deliver any information that effects our national safety to his or her commanding officer/s any way they can which at that point then became the Chief Justice and then the whole Supreme Court. It is my true belief that Bush Jr. was caught in a situation that was then beyond his abilities and capabilities due to no fault of his own. Most people believe that standing down is then admitting guilt or admitting defect; it is not especially in this extraordinary case. If all that is left within Bush's power is this he should not hesitate to act for the people nor do I expect him to do so. This is exactly what makes or breaks an American who is an actual President and Commander whether they possess the title or not. By volunteering one final time and so do one of the hardest and most difficult things he will ever be asked to do in his life he will then turn his attempt into our recovery as a nation. This is the greatest test of will and liberty any man can ever undergo and it is this that proves or disproves the actual measure of an American. No other nation is this.

It is my true belief that no person ever served my notice of suit upon Bush Jr.; I have zero evidence he ever received it and lots of evidence he did not. I must act for myself and then this nation and so I must ask for this Writ against Bush Jr. but I want to make it clear I am not accusing him of guilt or deliberation and tell this court and him that this Writ of Mandamus must be issued so that I can then actually assume the office and so defend my birthright and the birthright of every American, the Declaration and Constitution realized as this office, from the dangers it now faces. I must then be allowed to face Barack Obama and any person, group, political party or private interest acting to violate the law, illegally circumvent it and/or corrupt it as not only the legal President and Commander but also the actual President and Commander thus defend We, the people. I am the person who represents the United States Armed Forces and have since that February day and then all those who did not break the law and who did act to uphold it and/or who are wholly vulnerable and defenseless. This is not a case of Bush Jr. not wanting to do his duty it is that this duty is beyond his ability and the only way to then become able is to stand down on behalf of your nation thus aside your nation. It is like I stated within In Re Susan: *In America, first the bomb is set off then the fuse is lit.* This is how Bush Jr. can aid the people in relighting the torch known as liberty which is almost completely extinguished and this is how he can first light the flames of his own sacred human heart as that fire has not ever been set ablaze. As I'm the expert and the actual authority I know as the only time I have seen it was a time he would have been too young to recall it so

35

that feeling is then lost to him but that injury is not forever. I may have been forced to act alone but Bush Jr. will not be acting alone as he will have 300 million people behind him for the first time since he sat as President and Commander.

Federalist 23 is clear: The founders could not plan for all emergencies and we must deal with them as they arise. They expected us to be of the ability to think on our feet or to learn what we do not know and then act. Federalist 10 is clear: Address the cause if possible but if not address the most damaging effect. Marbury is clear: You must act.

**How this petition will be in aid of the court's appellate jurisdiction, 20.3:** The Supreme Court of the United States may not apply the law justly in ANY appellate cases or extend its appellate jurisdiction to ANY cases involving women and children justly or even apply the law justly upon hearing ANY petitions whatsoever as it is impossible to reason the law if the court does not know something or if this court is in denial or if this court is not willing. If justice is now nonexistent and Barack Obama's nomination and doubts re his birth are part of the reasoning liberty has been denied me and all women, and I can and will prove he does not have the protected right and that he purchased this office, and the both major parties may have placed unqualified men who may not be natural born citizens under our law on the ballot, then this court must act to address this to then re-secure justice. No decisions and orders stand as good and no citizen has to obey the law while liberty and justice is denied me and then all of America and Marbury actually demands we do not obey such orders as our law is self-defense is a duty and a right as we are a nation born in an act of self-defense. Safety was our original reasoning and our cause as was liberty and justice. Also, this court wants and needs to re-secure constitutional authority officially by upholding Marbury in our defense or else no citizen is then subject to the law nor can they be found under the law; this court would have no authority and no legal power and so the question of aiding the court's appellate jurisdiction would then be and remain moot as in order to have appellate jurisdiction first you must actually and legally be a court of law.

**The exceptional circumstances that warrant the Court's discretionary powers, 20.1:** Legally and actually a coup has occurred, as that is what this kind of consolidation of power that then requires innocent people die is and that is what all offices going unchecked is. This coup has not yet turned bloody. If you look, I stated what my last resort would have to be: Actually firing shots at a third party so it condemns me, my sons and others to possible injury and death when only some of these people are actually *and* legally guilty.  I have exhausted all other courts and 'authorities' and the court I am before now, a local district court, was recently found to be trading the law upon honor

36

bound dollars. I have a US Marshal babysitting me and a clerk of this court as he will be 'checking up' on the progress of this case but not the guilty parties who are now citing paper as a deadly weapon and an emergency when wielded by Susan Herbert alone in US Supreme Court. The clerks and Justices are fine with paper and paper, 8 ½ by 11, is one of the rules and is federal precedent yet the US Marshal is worried.  On the very day in April of 2008 that I was denied oral argument and both extraordinary writs, FL investigated me for child abuse and based their action upon my belief in God and the fact that I filed a lawsuit in US Supreme Court. The social worker first mentioned the lawsuit, then launched right into the concerning things it included such as a belief in God, illegal war and Bush Jr. Most extraordinarily I used to be or am Thomas Jefferson, a claim I can and will prove absolutely. See In Re Susan 08-6622. It is matter of the Creator and physics as I did resolve uniformity and did unite faith and reason. Regardless it is a protected religious and scientific belief and so my right whether you ever personally believe it or not. Any other person making this claim is deluded or lying or mistaken or confused, as there's only one of me and only I can and will prove it. It is extraordinary that I willed myself to do this when 300 million citizens failed even if I am Jefferson and now Susan as I did this alone and did most of this before I became enlightened. Every single right named in our law was denied me and this court itself then even violated my rights forcing me to reveal what I never wanted to reveal as it was my private knowledge that has no bearing upon my legal claim and so it never should have been necessary to reveal this. I am the exceptional circumstance; the entire state of our nation is the exceptional condition.

I publicly posted the facts of my case all over the internet and not one citizen 'believed' I was actually heard in US Supreme Court or that I could add and so knew what the difference was between an absolute and whole number or between a body as in a person and a body as in a body of government or a body of belief. They also insisted that if I had been heard I must be crazy, defective or wrong. Mind you none of these people knew I used to be or am Thomas Jefferson as I have kept this a closely guarded secret until very recently. They acted only upon their discriminatory unjust beliefs regarding women and Susan exactly as I not once asked them to adjudicate *who* I am as I did not ask this court. I know whom I am, as I am not confused, mistaken or deluded – I am a Native American thus we need not adjudicate this one issue. The last violation of my rights was a gross violation as a federal judge denied the very existence of this nation and our law. This occurred on July 1st, 2008 and is included within In Re Susan. This is so egregious as it was meant to tell me that no appeal would ever be granted to me.

Also in play is an extraordinary law of this universe known as entropy, the tendency of a system in disorder to become more disordered until chaos reigns. In order to arrest and even reverse entropy one must act to break the chain of causation and then act to 'correct' the cause: Mistaken beliefs men have of this universe, the Creator and of women.

**Adequate relief cannot be obtained from any other court** as I have been to them all from lowest to highest and none are willing to obey the law. I may be the first citizen to appear in all courts simultaneously. By going into the US Supreme Court as a case of original jurisdiction I already proved the lower federal courts were not willing thus appealing Timothy Corrigan's shameless July 1st 2008 ruling is not possible. They are still at it. When federal judges are acting as if they are delusional by issuing rulings that state the Iroquois, the Justices and I do not exist nor ever did as I entered the entire Iroquois Constitution, biographies of each Justice taken from the federal government's website, several decisions and orders they authored as well as my own birth certificate and federal military ID and these unconstitutional rulings are exactly worded "There is no basis in fact or law" for my claim – a claim based upon math and exact words – I cannot fight it as these people need mental health help not legal help. I'm a patriot, physicist, subsistence attorney, philosopher and scholar not a therapist. It has been ten years. If any court was willing or able to accord me justice it would have happened already thus it must now be considered: Do you ask another nation if they want a genuine liberator in the flesh for no cost but living expenses or do you accord me justice? I will remind you again: None of these people knew I was or am Jefferson as none of them saw me or heard me in person and I did not reveal this or as none of them actually believe in God or an afterlife or if they did it did not include women. To overcome the lower courts sexism and prejudice first I would have to teach it Latin, Greek, Roman Catholicism, logic, military tactics and strategy, biology, geometry, Buddhism, diagramming sentences, physics and several other disciplines and that is only if they are willing to learn and they are not. My energy is not wasted teaching the Justices anything they do not know but is wasted teaching other federal judges or other state judges. It is impossible to adjudicate this case in any other court as the last but perhaps most important factor is: John Roberts has a seizure disorder so he is the perfect Justice and/or Judge to preside as a part of my case deals with the intrinsic or creation force, an actual physical force in this universe, which our vote is as it is this power that is realized as a form of government and law known affectionately by St. John as "the church of Philadelphia". A person with a seizure disorder would immediately know the truth of this as he has life experience other persons do not and that no school can ever teach you. The world's foremost expert and leading authority in seizures would not then possess the ability, capability and expertise John Roberts does unless that authority actually experienced a seizure as proof is life.

38

Finally? As John Roberts had no involvement in <u>Bush v Gore</u> he can and may adjudicate whether or not I have overturned it and whether or not I have unseated Bush Jr.

**Conclusion**

This petition for an extraordinary writ should be granted.

Respectfully submitted,

Susan Herbert
Case #'s 07-9804 & 08-6622, pending
11/21/08

No_____

## In The
## Supreme Court Of The United States

SUSAN HERBERT

V

BARACK OBAMA
And
THE UNITED STATES

**PROOF OF SERVICE**

I, Susan Herbert, do swear or declare that on this date, 11/21/2008 as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and PETITION FOR AN EXTRAORDINARY WRIT on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

Solicitor General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Barack Obama c/o Perkins Coie
607 Fourteenth Street NW
Washington DC 20005-2003

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/21/2008.

_____
Signature

# ATTACHED

# APPENDIX
# EXHIBITS

# NOT

# SCANNED

# **REFER TO COURT FILE**