# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

09-10661-CC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 03 2009
THOMAS K. KAHN
CLERK

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA
2009 AUG -4 PM 4:38
FILED

SUSAN HERBERT,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,
BARACK OBAMA,
JOHN ROBERTS,
In his official capacity and in his
individual,

Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: BLACK, CARNES, and MARCUS, Circuit Judges.

BY THE COURT:

On the Court's own motion, this appeal is hereby DISMISSED as frivolous and entirely without merit. See 11th Cir. R. 42-4. Appellant's "Motion to Exceed Page/Word Limitations" is DENIED AS MOOT.

Appellant may, within twenty-one (21) days of the date of entry of this order,

file a motion for reconsideration of this order, provided that such motion may not exceed twenty (20) pages in length. The Clerk is directed to accept no further filings in this appeal other than the aforesaid motion for reconsideration. The Clerk is also directed to reject any attempt by Appellant to file a motion for reconsideration exceeding twenty (20) pages in length, to return any motion for reconsideration exceeding that length, and to accept no further filings thereafter.

A True Copy Attested.
Clerk, U.S. Court of Appeals
Eleventh Circuit

By:
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 03, 2009

Sheryl L. Loesch
Clerk, U.S. District Court
300 N HOGAN ST STE 9-150
JACKSONVILLE FL 32202-4271

**Appeal Number: 09-10661-CC**
Case Style: Susan Herbert v. USA
District Court Number: 08-01201 CV-J-34-MCR

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Eleanor Dixon (404) 335-6172

Encl.

DIS-4 (4-2009)